USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al Doc.

BAR 4/11/05 14:27

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*5*

*M.*

Dockets.Justia.com

Robert G. Steiner, State Bar No. 027684
Gregory D. Roper, State Bar No. 087019
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Facsimile No.: 619.232.8311

David A. Schulz (pro hac vice pending)
Seth D. Berlin
Audrey Critchley, State Bar No. 228119
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
230 Park Avenue, Suite 1160
New York, New York 10169
Telephone No.: 212.850.6100
Facsimile No.: 212.850.6299

Attorneys for DEFENDANTS

FILED
05 APR -8 AM 11:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR NAVY SEALS AND JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED PRESS, a New York Corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive ,<br><br>Defendants. | Case No. 05 CV 0555 JM (JMA)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT [RULE 12(b)(6) AND C.C.P. § 425.16]**<br><br>Date: May 6, 2005<br>Time: 11:00 a.m.<br>Ctrm.: 6<br><br>Hon. Jeffrey T. Miller<br><br>Complaint filed: March 21, 2005 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 6, 2005 at 11:00 a.m., or soon thereafter as counsel may be heard, in Courtroom 6 of the above-entitled court, located at 940 Front Street, San Diego, California, before the Honorable Jeffrey T. Miller, defendants Associated Press and Seth Hettena will, and hereby do, move this Court for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Section 425.16 of the California Code of Civil Procedure, dismissing and striking the First Amended

5

Complaint of plaintiffs Four Navy Seals and Jane Doe in its entirety. (The only difference between the original Complaint filed March 21, 2005, and the First Amended Complaint filed April 6, 2005 and served on April 7, 2005, is the change in the caption and text from "Five Navy SEALS to "Four Navy SEALS." The captions on defendants' pleadings have been changed accordingly. The substance of defendants' pleadings remain the same.) This motion is made on the ground that plaintiffs' First Amended Complaint does not state a claim upon which relief can be granted and the action suppresses First Amendment rights without a reasonable probability of prevailing on the merits and for all the reasons stated in the accompanying Memorandum of Points and Authorities.

PLEASE TAKE FURTHER NOTICE that, pursuant to California Code of Civil Procedure § 425.16(c), defendants are entitled to recover their attorneys' fees and expenses incurred in defending this action and they intend to file a noticed motion for fees and expenses upon grant of this motion.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declarations, all pleadings, files and records in this action, and on such other argument and matters as may be received by the Court. For the reasons set forth in the Memorandum of Points and Authorities, defendants respectfully request that this Court grant their motion and dismiss and strike plaintiffs' causes of action with prejudice and afford defendants such other and further relief as the Court may determine.

DATED: April 8, 2005

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

By: ______________________
Robert G. Steiner
Attorneys for DEFENDANTS
ASSOCIATED PRESS and SETH HETTENA

PROOF OF SERVICE

***Four Navy Seals and Jane Doe v. Associated Press, et al.,***
Case No. 05 CV0555 JM (JMA)

I, Pat Kemper, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On April 8, 2005, I served the following:

**NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE THE COMPLAINT**

**DECLARATION OF DAVID A. SCHULZ IN SUPPORT OF MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

**DECLARATION OF SETH HETTENA IN SUPPORT OF MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

on the interested parties in this action by:

______ **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

______ **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. ______________.

______ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via ______________.

__*__ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to CalExpress for personal service.

______ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine.

James W. Huston, Esq.
Morrison & Foerster LLP
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130
*Telephone: 858.720.5100*
*Facsimile: 858.720.5125*

***Attorneys for Plaintiffs***

______ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

* ______ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on April 8, 2005.

[signature]
PAT KEMPER

2055719.1

PROOF OF SERVICE

***Four Navy Seals and Jane Doe v. Associated Press, et al.***
Case No. 05 CV0555 JM (JMA)

I declare as follows: I am employed in the City and County of San Diego by CalExpress Messenger Service; I am over the age of eighteen years and not a party to this action. My business address is 1302 Kettner Blvd., San Diego, California 92101. On April 8, 2005, I served the following:

**NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE THE COMPLAINT**

**DECLARATION OF DAVID A. SCHULZ IN SUPPORT OF MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

**DECLARATION OF SETH HETTENA IN SUPPORT OF MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**

by delivering a true copy thereof on the interested parties, in this action as follows:

James W. Huston, Esq.
Morrison & Foerster LLP
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130
*Telephone: 858.720.5100*
*Facsimile: 858.720.5125*

***Attorneys for Plaintiffs***

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 8, 2005 at San Diego, California.

CAL-EXPRESS MESSENGER SERVICE

By______________________________

2057612.1