USDC SCAN INDEX SHEET



BAR 4/11/05 14:34

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*7*

*DECL.*

Dockets.Justia.com

Robert G. Steiner, State Bar No. 027684
Gregory D. Roper, State Bar No. 087019
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No. 619.236.1414
Facsimile No. 619.232.8311

David A. Schulz (pro hac vice pending )
Seth D. Berlin
Audrey Critchley, State Bar No. 228119
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
230 Park Avenue, Suite 1160
New York, New York 10169
Telephone No. 212.850.6100
Facsimile No. 212.850.6299

Attorneys for DEFENDANTS

FILED
APR - 8 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR NAVY SEALS AND JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED PRESS, a New York Corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive ,<br><br>Defendants. | Case No. 05 CV 0555 JM (JMA)<br><br>**DECLARATION OF DAVID A. SCHULZ IN SUPPORT OF MOTION TO DISMISS AND STRIKE [RULE 12(b)(6) AND C.C.P. § 425.16]**<br><br>Date: May 6, 2005<br>Time: 11:00 a.m.<br>Ctrm.: 6<br><br>Hon. Jeffrey T. Miller<br>Complaint filed: March 21, 2005 |

I, David A. Schulz, declare:

1. I am a partner with Levine Sullivan Koch & Schulz, L.L.P., counsel to defendants The Associated Press ("AP") and Seth Hettena. A motion for my admission *pro hac vice* is separately being submitted. I make this declaration in support of AP and Hettena's motion to dismiss the Complaint in its entirety.

2. Attached hereto as Exhibit A are true and correct copies of publicly available Internet web pages posted on the Internet web site of the United States Navy Pacific Command.

7

The face of a Navy SEAL is identifiable in the photographs on each of these pages, and one of the pages names the SEAL and provides his rank and his assignment to SEAL Team 5:

- http://www.pacom.mil/imagery/archive/0103photos/010329.htm;
- http://www.pacom.mil/imagery/archive/0103photos/010329seal1-h.jpg.

These web pages were last visited on April 4, 2005.

3. Attached hereto as Exhibit B are true and correct copies of publicly available Internet web pages posted on the Internet web site of the United States Navy, www.news.navy.mil. Faces of Navy SEALs are identifiable in the photographs on each of these pages:

- http://www.news.navy.mil/view_single.asp?id=8151;
- http://www.news.navy.mil/view_single.asp?id=19590;
- http://www.news.navy.mil/view_single.asp?id=7863;
- http://www.news.navy.mil/view_single.asp?id=3329;
- http://www.news.navy.mil/view_single.asp?id=13497;
- http://www.hnn.navy.mil/Archives/030228/seals_022803.htm.

These web pages were last visited on April 4, 2005.

4. Attached hereto as Exhibit C are true and correct copies of publicly available Internet web pages posted at http://media.militaryphotos.net. Faces of individuals described as Navy SEALs are identifiable in photographs on each of these pages:

- http://media.militaryphotos.net/photos/US_Navy_SEALs_Training_In_Kuwait/DN_ST_96_00781
- http://media.militaryphotos.net/photos/US_Navy_SEALs_Training_In_Kuwait/DN_SC_93_03399.
- http://media.militaryphotos.net/photos/US_Navy_SEALs_Training_In_Kuwait/DN_SD_01_05024;
- http://media.militaryphotos.net/photos/US_Navy_SEALs_Training_In_Kuwait/DN_SD_01_05023.

These web pages were last visited on April 4, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of the "Terms of Use" page of from the smugmug.com website appearing at:

- http://www.smugmug.com/aboutus/terms.mg.

This web page was last visited on April 4, 2005.

6. Attached hereto as Exhibit E are true and correct copies of web pages from the Internet website smugmug.com describing privacy and security options available to subscribers:

- http://www.smugmug.com/help/picture-storage;
- http://www.smugmug.com/help/private-albums;
- http://www.smugmug.com/help/protecting-images.

These pages explain how smugmug.com subscribers may protect the privacy and security of their galleries of photographs by: (1) making the gallery "private" so that "it will not appear in smugmug.com's search nor in search engines like Google"; (2) making the gallery "password-protected" so that it is accessible only to those with the correct password; and/or (3) "turning off printing" so that no one may order prints through smugmug.com. In addition, "professional account" subscribers may utilize a "right-click protection" option that blocks printing or downloading of photographs. These pages were last visited on April 4, 2005.

7. There have been many news reports on various allegations against Navy SEALs relating to their treatment of detainees. The following sample are among the public reports appearing before the AP report challenged here:

- Eric Schmitt, *4 Navy Commandos Are Charged in Abuse*, N.Y. Times, Sep. 4, 2004, at 6 (discussing criminal charges against four Navy SEALS);
- Josh White, *3 More Navy SEALs Face Abuse Charges*, Wash. Post, Sep. 25, 2004, at A16 (discussing charges against three additional Navy SEALS);
- Tony Perry, *A Navy SEAL Is Cleared of Abuse Charges*, L.A. Times, Oct. 28, 2004, at 3 (one SEAL cleared of abuse and two others to proceed to preliminary hearing);
- David Hasemyer, *Lawyer: SEALs Couldn't Be Delicate*, San Diego Union-Tribune, Nov. 2, 2004, at B-1 (reporting on preliminary hearing in San Diego);

- Rick Rogers, *Navy SEAL to Face Trial in Iraqi's Death*, San Diego Union-Tribune, Nov. 18, 2004, at B-4 (reporting results of preliminary hearing); and
- Josh White, *U.S. Generals in Iraq Were Told of Abuse Early, Inquiry Finds*, Wash. Post, Dec. 1, 2004, at A1 (reporting on investigation into prisoner abuse).

8. Before launching this lawsuit, plaintiffs previously filed a complaint in California state court. In that Complaint, plaintiffs said they would seek preliminary injunctive relief, and I understand they had scheduled a hearing date in state court for January 4, 2005 for just this purpose. Plaintiffs never served any of their pleadings in the state court action, but did not advise defendants until after filing this lawsuit in late March that they did not intend to proceed with the state action.

9. Attached hereto as Exhibit F is a press release issued by counsel for plaintiffs on December 28, 2004 describing plaintiffs' never-served state court lawsuit. On information and belief, plaintiff's counsel appeared on several national news programs to trumpet the filing of these claims, including appearances on "The O'Reilly Factor" on Fox Cable News and "The Abrams Report" on MSNBC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2005.

David A. Schulz

EXHIBITS TO AFFIDAVIT OF DAVID A. SCHULZ

| **Exhibit** | **Date** | **Description** |
|---|---|---|
| A | | Images from www.pacom.mil website |
| B | | Images from www.news.navy.mil website |
| C | | Images from http://media.militaryphotos.net website |
| D | | Images from www.smugmug.com showing terms of use |
| E | | Images from www.smugmug.com describing privacy and security options available to subscribers |
| F | 12/28/04 | Press release |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

EXHIBIT A
Page 1 of 2

News

Imagery

Speeches

Leadership

Staff

About Pacific Command

# Imagery Archive

## Navy Seals storm the beach during Northern Edge 2001





KETCHIKAN, Alaska -- Sailors from Navy Seal Team 5, San Diego, Calif., and Navy Special Boat Unit 22 Detachment, Sacramento, Calif., (right) practice beach incursions during Northern Edge 2001 on March 24. Navy Seal Team 5 member, Torpedoman's Mate 3rd Class Petty Officer Matt Bissonnette, scans the area during the team's beach incursion practice. (U.S. Air Force photos by Tech. Sgt. Brian Snyder)

Links | Site Index | Contact us | Home

**Revised: 03/29/01**

http://www.pacom.mil/imagery/archive/0103photos/010329seal1-h.jpg



1/20/2005



EXHIBIT A
Page 2 of 2

NAVY.mil

www.news.navy.mil

Eye on the Fleet Photo Gallery

Image: 020602-O-0000X-001.jpg

Description: A SEAL (Sea, Air, and Land) team member participates in an exercise during Forward Air Controller (FAC) School in Fallon, Nev

Search:

Go

All
Any
Exact

Story

Download HiRes

More Photos

Submit Photo

Contact Us

Privacy & Security

About This Site

Tools Menu

Home



*020602-O-0000X-001 Fallon, Nev. (Jun. 2, 2003) -- A SEAL (Sea, Air, and Land) team member* participates in an exercise during Forward Air Controller (FAC) School in Fallon, Nev. SEALS used these skills identifying potential targets for Special Operations Forces and warning coalition ground forces of nearby enemy activity during Operation Iraqi Freedom. U.S. Navy photo. (RELEASED)

**EXHIBIT B**
**Page 1 of 7**

NAVY.mil

www.news.navy.mil

Eye on the Fleet Photo Gallery

Image: 041213-N-5376G-061.jpg

Description: U.S. Navy Seals speed past the port side of the guided missile cruiser USS Shiloh (CG 67) in a Rigid Hull Inflatable Boat (RHIB), while conducting small boat operations.

Search:

Go



Download HiRes

More Photos

- All
- Any
- Exact

Submit Photo

Contact Us

Privacy & Security

About This Site

Tools Menu

Home

041213-N-5376G-061 Pacific Ocean (Dec. 13 2004) - U.S. Navy Seals speed past the port side of the guided missile cruiser USS Shiloh (CG 67) in a Rigid Hull Inflatable Boat (RHIB), while conducting small boat operations. Shiloh is currently deployed to the Western Pacific Ocean with the USS Abraham Lincoln (CVN 72) Carrier Strike Group. U.S. Navy photo by Photographer's Mate 3rd Class Benjamin Glass (RELEASED)

**EXHIBIT B**
**Page 2 of 7**

NAVY.mil

www.news.navy.mil

Eye on the Fleet Photo Gallery

Image: 030524-N-4441P-091.jpg

Description: SEALs embark from a SH-60H Sea Hawk helicopter



Download HiRes

More Photos

Search:

Go

All

Any

Exact

Submit Photo

Contact Us

Privacy & Security

About This Site

Tools Menu

Home

030524-N-4441P-091 Central Command Area of Operation (May 24, 2003) -- Sea Air Land (SEAL) team members embark from a SH-60H Sea Hawk helicopter onto Joint Venture, High Speed Vessel Experimental One (HSV X1), during a Vessel Boarding Search and Seizure (VBSS) training evolution in support of Operation Iraqi Freedom. Operation Iraqi Freedom is the multi-national coalition effort to liberate the Iraqi people, eliminate Iraq's weapons of mass destruction, and end the regime of Saddam Hussein. U.S. Navy photo by Photographer's Mate 2nd Class Michael J. Pusnik, Jr. (RELEASED)

**EXHIBIT B**
**Page 3 of 7**

NAVY.mil

Eye on the Fleet Photo Gallery

www.news.navy.mil

Image: 021029-N-3235P-507.jpg

Description: U.S. Navy SEALs, underway with the Truman Battle Group



021029-N-3235P-507 At sea aboard USS Oscar Austin (DDG 79) Oct. 29, 2002 -- U.S. Navy SEALs, underway with the Truman Battle Group for Joint Task Force Exercise (JTFEX), fastrope onto the fantail of the guided missile destroyer. U.S. Navy photo by Photographer's Mate 1st Class Michael W. Pendergrass. (RELEASED)

Story

Download HiRes

More Photos

Search:

Go

All

Any

Exact

Submit Photo

Contact Us

Privacy & Security

About This Site

Tools Menu

Home

EXHIBIT B
Page 4 of 7

NAVY.mil

Eye on the Fleet Photo Gallery

www.news.navy.mil

Image: 020413-N-5362A-007.jpg

Description: U.S. Navy SEALs (SEa, Air, Land) operate Desert Patrol Vehicles (DPV) while preparing for an upcoming mission.



Download HiRes

More Photos

**Search:**

GO

- **All**
- **Any**
- **Exact**

Submit Photo

Contact Us

Privacy & Security

About This Site

Tools Menu

Home

020413-N-5362A-007 Camp Doha, Kuwait (Feb. 13, 2002) - U.S. Navy SEALs (SEa, Air, Land) operate Desert Patrol Vehicles (DPV) while preparing for an upcoming mission. Each "Dune Buggy" is outfitted with complex communication and weapon systems designed for the harsh desert terrain. Special Operations units are characterized by the use of small units with unique ability to conduct military actions that are beyond the capability of conventional military forces. SEALs are superbly trained in all environments, and are the master's of maritime Special Operations. SEALs are required to utilize a combination of specialized training, equipment, and tactics in completion of Special Operation missions worldwide. Navy SEALs are currently forward deployed in support of Operation Enduring Freedom (OEF). U.S. Navy photo by Photographer's Mate 1st Class Arlo Abrahamson. (RELEASED)

**EXHIBIT B**
**Page 5 of 7**

Hawai'i Navy News
Serving the "Best Homeport in the Navy"
www.hnn.navy.mil

Volume 28 Issue 9 Feb. 28, 2003

Site Map | Weather | Accessibility | Privacy & Security | Disclaimer

Space for menu space for

**HNN Menu**
- Home
- News
- Columns
- Fleet Focus
- Bravo Zulu
- Life & Leisure
- Healthwatch
- Community
- Calendar
- Movie Call
- P D Fs
- Archives
- Classifieds
- Search
- Links
- About HNN

## SEALs aid ill foreign mariner




**Left to right: PH1(SEAL) Mim Warlick, GM2(SEAL) Roberto Alveiro, Lt. j.g. John Jones, HM1 (SEAL) Justin Knowles, BMC (SEAL) Chris Gothro and Lt. Henry Krigbaum pose on a duck similar to the one used in the jump Feb. 15 to aid an ill Bulgarian mariner.**
**Click here for high-res.**

*JO2 Tim Walsh*

After jumping from a Coast Guard C-130, Pearl Harbor-based SEALs (sea, land, air) performed a life-saving medical procedure on a foreign bulk-carrier crewman Feb. 15.

The day prior, SEAL Delivery Vehicle Team One (SDVT 1) received a call about noon from the Joint Rescue Coordination Center (JRCC) in Honolulu requesting assistance with an ill man aboard the Cypress-ship Nordrhine. The man was suffering from pending renal failure due to an enlarged prostate, according to Lt. Henry Krigbaum, SDVT 1's on scene commander.

The JRCC concluded that they had to get to the ill man as soon as they could, but the earliest the Coast Guard could reach the foreign ship, Nordrhine, was Feb. 17 with a helicopter, according to Coast Guard Lt. Danny Shaw. The doctor on duty at the JRCC thought that would be too late and the man's condition could worsen, and possibly have led to his death.

SDVT 1 started coordination efforts, but postponed the rescue attempt until the next day, Saturday. Krigbaum explained that to attempt the jump at night would greatly increase the likelihood of an accident.

The SEALs took off on a C-130, piloted by Coast Guard Lt. Elizabeth McNamara, for the Nordrhine. The ship was approximately 350 miles east of Hilo, Hawaii.

Boatswains Mate 1st Class (SEAL) Erik Swanson served as the jumpmaster for the static line jump from the C-130. They first released a "duck," a hard rubber boat

**EXHIBIT B**
**Page 6 of 7**

used by the SEALs. The duck landed within 50 meters of the Nordrhine. Following the boat, four SEALs jumped from the plane and were soon aboard the ship.

Hospital Corpsman 1st Class (SEAL) Justin Knowles assessed the ill crewman, Zhivko Nedev, a 49-year-old Bulgarian welder.

"When we walked in the door, the patient looked like he was about to give birth," said Knowles. "His stomach was very enlarged. He was screaming; he hadn't urinated for six days and he was hurting."

Upon further evaluation of Nedev's condition, HM2 (SEAL) John Munyan and Knowles attempted to insert a urinary catheter. Unfortunately, the catheter attempt was unsuccessful. They spoke with Dr. Henry Shen, a flight surgeon at the JRCC, via a satellite phone and he approved giving Nedev a more advanced catheter. Shen is a commander with the U.S. Public Health Service, currently detailed to the Coast Guard. He served as a Navy corpsman from 1969-72 with the Fleet Marine Force in Coronado, Calif.

Although the SEALs went to Tripler Army Medical Center on Feb. 14 for a brief training on the more advanced catheter, neither Knowles nor Munyan had ever performed the procedure. But with the guidance from Shen and the training and flexibility as SEAL corpsmen, they performed a more advanced catheter procedure.

"It (the procedure) is kind of out of the scope of what corpsmen do," explained Knowles. "But, I think we can be talked through almost anything."

Knowles and Munyan used a 20-inch needle to pierce through Nedev's stomach and into his bladder. They extracted approximately two liters of fluid from his bladder.

Following the procedure, Knowles and Munyan alternated watches throughout the night. During one of Knowles' one-hour shifts, Nedev talked to him about the ordeal. He was in so much pain that he thought about suicide, according to Knowles.

The Nordrhine continued on to Hilo and was met by a tug that transported Nedev and the SEALs on the morning of Feb. 17. Nedev recuperated in Hilo Hospital and flew back to Bulgaria on Feb. 20.

"You don't think about it when you are doing it; your training kicks in and you do it," explained Knowles. "But after it is done, you sit around and talk about it and that is when it hits you, 'wow, we did that.' "

Knowles stressed the 'we' when he discussed the operation. He explained that everybody did their part and that is why the mission was a success.

---

Designed and maintained by Commander, Navy Region Hawaii Public Affairs Office.
Registered under GILS #002257.
Any story, photo or community calendar item for Hawaii Navy News? Email them to the **HNN Editor**.
Send comments and recommendations regarding the website to the **Region Webmaster**.
If commenting on a web page, please specify web page address.
Last updated: 02/28/03




**EXHIBIT B**
**Page 7 of 7**

MILITARYPHOTOS.NET




Operation Iraqi Freedom Photos


Operation Enduring Freedom Photos


Contemporary Military Photos


User Submitted Photos


Military Desktop Wallpapers





SEAL Team 8



Copyright notice: All photos, text, and information on this site are for educational and non-commercial use only.
The photos in these albums are user submitted and are the property of those users.
Please send any questions or unauthorized usage issues to webmaster@militaryphotos.net

**EXHIBIT C**
**Page 1 of 4**

MILITARYPHOTOS.NET




Operation Iraqi Freedom Photos


Operation Enduring Freedom Photos


Contemporary Military Photos


User Submitted Photos


Military Desktop Wallpapers





SEAL Team 8



Copyright notice: All photos, text, and information on this site are for educational and non-commercial use only.
The photos in these albums are user submitted and are the property of those users.
Please send any questions or unauthorized usage issues to webmaster@militaryphotos.net

**EXHIBIT C**
**Page 2 of 4**

MILITARYPHOTOS.NET

Military photos . net Discussion Forums | Rules and Frequently Asked Questions


Operation Iraqi Freedom Photos


Operation Enduring Freedom Photos


Contemporary Military Photos


User Submitted Photos


Military Desktop Wallpapers

Gallery: Militaryphotos.net Album: Contemporary Military Photos Album: U.S. Navy SEALs Album: SEAL Team 8

12 of 20



SEAL Team 8

12 of 20

Gallery: Militaryphotos.net Album: Contemporary Military Photos Album: U.S. Navy SEALs Album: SEAL Team 8

Military photos . net Discussion Forums | Rules and Frequently Asked Questions
Copyright notice: All photos, text, and information on this site are for educational and non-commercial use only.
The photos in these albums are user submitted and are the property of those users.
Please send any questions or unauthorized usage issues to webmaster@militaryphotos.net

**EXHIBIT C**
**Page 3 of 4**

MILITARYPHOTOS.NET

Military photos . net Discussion Forums | Rules and Frequently Asked Questions



Operation Iraqi Freedom Photos



Operation Enduring Freedom Photos



Contemporary Military Photos



User Submitted Photos



Military Desktop Wallpapers

Gallery: Militaryphotos.net Album: Contemporary Military Photos Album: U.S. Navy SEALs Album: SEAL Team 8

11 of 20



SEAL Team 8

11 of 20

Gallery: Militaryphotos.net Album: Contemporary Military Photos Album: U.S. Navy SEALs Album: SEAL Team 8

Military photos . net Discussion Forums | Rules and Frequently Asked Questions

Copyright notice: All photos, text, and information on this site are for educational and non-commercial use only.
The photos in these albums are user submitted and are the property of those users.
Please send any questions or unauthorized usage issues to webmaster@militaryphotos.net

**EXHIBIT C**
**Page 4 of 4**

smugmug

free trial! | login | help | search

# smugmug terms of use

Welcome to smugmug! We love photography and for the most part this site is all about photos and camaraderie. For the protection of our partners, suppliers, you and us, however, the Terms of Use of smugmug.com are very important.

smugmug, inc., the owner and operator of smugmug.com, and its affiliates and suppliers (collectively "smugmug") provide their media hosting and related services (the "Services") to you subject to the following conditions. If you visit or purchase at smugmug.com, you accept these terms and conditions.

## SUBSCRIPTIONS

smugmug provides its media hosting services on an annual subscription basis. By subscribing to smugmug, you agree to pay all charges to your account in accordance with the selected level of service, and the billing terms in effect when payment is due. From time to time, smugmug may make introductory offers to allow you to try the hosting service without charge for a period of time. If you subscribe pursuant to such an offer, you agree to be automatically charged for your subscription at your level of service once your trial period expires, unless you terminate your account prior to 11:59 p.m. PST on the last day of your trial period. Your annual subscription period will begin once your introductory trial period ends.

smugmug reserves the right to modify or add additional fees and billing terms, upon prior notice to the member on our website. Information about smugmug's current subscription services and fees is available at www.smugmug.com/price. smugmug may change the Services it offers at any time.

Unless you terminate your account prior to the end of each annual period, your subscription will renew automatically, and the credit card designated on your account will be billed the applicable subscription fee for an additional one year term. Subscribers must keep their registered email addresses and other account information current, as smugmug may send important notices, such as reminders about the end of the annual period, to that email account. If you decide to upgrade to a higher level of service, the credit card designated on your account will be billed for the difference in price, prorated for the remainder of your term.

In connection with recurring billing for renewals or billing for upgrades, we may receive updated information about your account from the financial institution issuing your credit card. If we are unable to process your credit card payment, your account will be terminated at the end of its current term.

## TERMINATION

smugmug agrees to terminate your account at any time upon notice from you, at help@smugmug.com.

smugmug may terminate your account or your access to and use of the Services, with or without cause at any time and effective immediately, at smugmug's sole discretion, for any reason, including but not limited to your failure to conform with these Terms. If you violate these Terms, smugmug, in its sole discretion, may also elect to require you to remedy any violation of these Terms, and/or take any other actions that smugmug deems appropriate to enforce its rights and pursue all available remedies.

Upon your termination of your account, you will not recieve a refund for any subscription fees previously charged to, or still remaining, on your account. In the event we have to collect unpaid amounts owed to smugmug on your account, you will be liable for all attorneys' and collection agency fees.

## PRIVACY

smugmug has established a Privacy Policy to explain to you how your information is collected and used. Your use of the smugmug website or the Services signifies acknowledgement of and agreement to our Privacy Policy.

If you are a resident of the European Union, you understand and agree that smugmug stores and processes your information on computers located in the United States, and by providing any data to smugmug, you consent to the transfer of such information to the United States.

You acknowledge and agree that smugmug may disclose your personal information if required to do so by law or in the good faith belief that such disclosure is reasonably necessary to comply with legal process, to carry out these Terms, or to protect the rights, property, or personal safety of smugmug, its employees, users and third parties, and the public.

## ELECTRONIC COMMUNICATIONS

When you visit smugmug.com, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail to your registered email address or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**EXHIBIT D**
**Page 1 of 4**

COPYRIGHT

All content included on this site, such as text, graphics, logos, icons, images, photographs, audio clips, video clips, digital downloads, data compilations, and software, is the property of smugmug, or its subscribers who upload photographs or other media, or its content and software suppliers and is protected by United States and international copyright laws. smugmug's selection, coordination and arrangement of all content on this site is the exclusive property of smugmug, and is protected as a compilation by U.S. and international copyright laws. All software used on this site or in conjunction with the Services is the property of smugmug or its software suppliers and is protected by United States and international copyright laws.

LICENSE AND SITE ACCESS

smugmug grants you a limited license to access and make personal use of this site but not to download (other than page caching) or modify it or any portion of it, except with the express written consent of smugmug, inc. This license does not include any resale or commercial use of this site or its contents. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of smugmug, inc. Any unauthorized use terminates the permission or license granted by smugmug.

You are granted a limited, revocable, and nonexclusive right to create hyperlinks to smugmug pages so long as the links do not portray smugmug or its suppliers or their products or services in a false or misleading manner.

ACCOUNT SECURITY

If you subscribe to smugmug's hosting service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. You further agree to immediately notify smugmug of any unauthorized use of your account or any other breach of security known to you.

smugmug uses industry standard security measures to protect the loss, misuse and alteration of the information under our control. Although we make good faith efforts to store the non-public information collected by the smugmug website in a secure operating environment that is not available to the public, we cannot guarantee complete security. Further, while we make every effort to ensure the integrity and security of our network and systems, we cannot guarantee that our security measures will prevent third-party "hackers" from illegally accessing our site.

REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

Use of the Services by you is subject to all applicable local, state, national and international laws and regulations. You may post reviews, comments, suggestions, bugs, ideas, questions, or other information (collectively "Content"), so long as the Content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." smugmug reserves the right (but not the obligation) to remove or edit Content, but does not regularly review posted Content.

LICENSE GRANTED BY USERS

smugmug does not claim ownership in the photographs, videos or other media created or uploaded by Subscribers ("Media"). smugmug will not resell Media to third parties. Unless we indicate otherwise, if you upload Content, including any Media, to the smugmug site, you grant smugmug a nonexclusive, royalty-free right to publish, distribute and display the Content as we deem appropriate in providing the Services authorized or requested by you, including the right to use the name that is submitted in connection with such Content. You further understand and agree that, in order to help ensure smooth operation of our system, we may keep backup copies of Content indefinitely.

You represent and warrant that you own or otherwise control all of the rights to the Content (including without limitation Media) that you post; that use of the Content you supply does not violate these Terms of Use and will not cause injury to any person or entity; and that you will indemnify smugmug for all claims resulting from Content you supply. smugmug has the right but not the obligation to monitor and edit or remove any activity or Content. You understand and agree that smugmug takes no responsibility and assumes no liability for any Content posted by you or any third party.

COPYRIGHT COMPLAINTS

smugmug respects the intellectual property rights of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please contact smugmug's agent for notice of claims of copyright or other intellectual property infringement ("Agent"), at copyrightagent@smugmug.com or Copyright Agent, smugmug, 248 Walker Drive, #8, Mountain View, CA 94043.

Please provide our Agent with the following Notice:

**EXHIBIT D**
**Page 2 of 4**

(1) Identify the copyrighted work or other intellectual property that you claim has been infringed;

(2) Identify the material on the smugmug site that you claim is infringing, with enough detail so that we may locate it on the website;

(3) A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

(4) A statement by you declaring under penalty of perjury that (a) the above information in your Notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner;

(5) Your address, telephone number, and email address; and

(6) Your physical or electronic signature.

smugmug's Agent will forward this information to the alleged infringer.

## NUDITY

smugmug must remain a safe site for families with children, so we prohibit the uploading and display of photographs or other Media portraying explicit nudity that would be unacceptable in a public museum where minors visit, for example. If your photos would only be suited for adult sites, adult magazines, or R-rated movies, they are not suitable for smugmug. Judgement of suitable Media is the sole discretion of smugmug, and smugmug reserves the right to delete any photographs or other Media it deems to violate this policy and/or to cancel the account of any subscriber who posts photos or other Media violating this policy.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THIS SITE IS PROVIDED BY smugmug ON AN "AS IS" AND "AS AVAILABLE" BASIS. smugmug MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, PRODUCT DESCRIPTIONS OR PRODUCTS INCLUDED ON THIS SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, smugmug DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. TO THE FULLEST EXTENT PERMITTED BY LAW, smugmug DISCLAIMS ANY WARRANTIES FOR THE SECURITY, RELIABILITY, TIMELINESS, ACCURACY, AND PERFORMANCE OF THE ITS WEBSITE AND THE SERVICES, AND DOES NOT WARRANT THAT THE PRODUCT DESCRIPTIONS OR OTHER CONTENT ON ITS WEBSTIE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT OR ERROR-FREE OR THAT THIS SITE, ITS SERVERS, OR E-MAIL SENT FROM smugmug ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

UNDER NO CIRCUMSTANCES SHALL smugmug BE LIABLE ON ACCOUNT OF YOUR USE OR MISUSE OF THE smugmug WEBSITE OR THE SERVICES, WHETHER THE DAMAGES ARISE FROM USE OR MISUSE OF THE smugmug WEBSITE OR THE SERVICES, FROM INABILITY TO USE THE smugmug WEBSITE OR THE SERVICES, OR THE INTERRUPTION, SUSPENSION, MODIFICATION, ALTERATION, OR TERMINATION OF THE smugmug WEBSITE OR THE SERVICES, OR VIEWING THE PHOTOS IT HOSTS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES. smugmug CANNOT BE HELD LIABLE FOR THE ACCIDENTAL LOSS OF PHOTOS ON ITS SITE, OR THE COPYING OF PHOTOS BY ITS USERS. OUR LIABILITY, AND THE LIABILITY OF OUR SUBSIDIARIES, EMPLOYEES, VENDORS AND SUPPLIERS, TO YOU IN ANY CIRCUMSTANCE IS LIMITED TO $100.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## INDEMNITY

You agree to indemnify and hold smugmug, its subsidiaries, affiliates, successors, assigns, directors, officers, agents, employees, service providers, and suppliers harmless from any dispute that may arise from your breach of these Terms of Use or violation of any representations or warranties contained in these Terms. You also agrees to hold smugmug harmless from any claims and expenses, including reasonable attorney's fees and court costs, related to any media or other material you provide to or post on smugmug.

## APPLICABLE LAW

By visiting smugmug.com, you agree that the laws of the State of California, without regard to principles of conflict of laws, will govern these Terms of Use and any dispute of any sort that might arise between you and smugmug.

**EXHIBIT D**
**Page 3 of 4**

MERGER OR ACQUISITION

It is possible that as we continue to develop our website and our business, smugmug's Services and/or related assets might be acquired or transferred as part of a merger. In the event of such a transaction, you understand and agree that smugmug may assign its rights under these Terms and that your personal information may be transferred to the succeeding entity. You will be provided with reasonable notice and an opportunity to opt-out of the transfer.

DISPUTES

Any dispute relating in any way to your visit to smugmug.com or to products you purchase through smugmug.com shall be submitted to confidential arbitration in Mountain View, California, except that, to the extent you have in any manner violated or threatened to violate smugmug's intellectual property rights, smugmug may seek injunctive or other appropriate relief in any state or federal court in the state of California, and you consent to exclusive jurisdiction and venue in such courts. Arbitration under this agreement shall be conducted under the rules then prevailing of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise. Any cause of action you may have with respect to your use of the Service must be commenced within one (1) year after the claim or cause of action arises.

SITE POLICIES, MODIFICATION, AND SEVERABILITY

We reserve the right to make changes to our site, policies, and these Terms of Use at any time. Should you object to any terms and conditions of these Terms of Use or any subsequent modifications thereto or become dissatisfied with smugmug in any way, your only recourse is to immediately: (1) discontinue use of smugmug and (2) terminate your smugmug subscription help@smugmug.com. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

news | browse | shopping cart | privacy | about us | terms of use | contact smugmug | © 2005 smugmug, inc.

**EXHIBIT D**
**Page 4 of 4**

smugmug

free trial! | login | help | search | color: Black

## help sections

**Viewing**
- Your way
- Finding stuff
- Comments

**Preparing Photos**
- They're huge!
- Supported files

**Uploading**
- Basics
- Mac lovers
- Java uploader
- Camera phones
- Speeding it up
- Problems

**Galleries**
- Creating
- Deleting
- Arrange photos
- Move photos
- » **Customizing**
- Feature photo
- Privacy & security
- Subcategories

**Photos**
- Captions
- Cropping
- Color effects
- Deleting
- Rotating
- Zooming thumbs

**Home page**
- Arrange galleries
- Bio
- Feature gallery
- Friends & family
- Keywords
- Timeline

**Sharing**
- Notifying friends
- On other sites
- Sharegroups

**Printing**
- On your computer
- Buying prints
- Blocking printing
- I'm too red!

**Your Account**
- Backups
- Billing
- Login problems

# Galleries: Customizing

You must be logged in to customize a gallery. After logging in, click on any of your galleries and you'll see two important controls: the *customize gallery* button and the Photo Tools pull-down menu under every photo (except the smallest thumbnails).

If you want to manipulate *photos* — captioning, deleting, etc. — chose *Photo Tools*. Click *customize gallery* for options such as privacy and setting automatic sorting options.

**Template:** It always defaults to *set options manually*. You can create your own templates that you can use each time you create a new gallery. Just set your gallery options manually, scroll to the bottom of the page, type in a new template name, and click *update*.

**Category:** Every gallery requires a category, which makes good browsing possible. Power users can add categories. Everyone can add subcategories.

**Description:** The words you type in the *description* field will be displayed just beneath your title, but in smaller font.

**Keywords** are not displayed. They're used to help people find your galleries. For example, you might create a gallery called *Ben and Mark's Italian party*. But someone may search for *Ben MacDonald*, or *Florence vacation*. This field allows you to include search words that will help people find your gallery but are hidden so they don't make your gallery title too long.

**Passwords** (field not shown) insure the only people who see your pictures are those you give the password to. More.

**Public:** If you check no, you can send people to your galleries by using one of the sharing options, but no one will find your gallery by using the *search* or *browse* features. The purpose is to restrict access to people you invite, without having to use passwords. More.

Have you seen photos with captions like "DSC_0013"? Chances are that's the **filename** assigned to a photo by a digital camera. If you choose *yes* to the filename option, your photos will display filenames as captions if there are no captions. If you've entered a caption into your photo's *file info* field (IPTC caption) with a program like Photoshop, we automatically use it as the caption.

**Comments** empowers anyone to leave jewels like "great shot" or "you stink" on each photo and gallery. You can imagine why some love and some hate this option (and why we put the decision in your hands). Be notified and delete.

**External links**. Suppose you have a great photo of an iPod in your gallery. With external links turned on, someone can link to your iPod photo to bolster their auction at eBay, generating a lot of views of your photo. Why would you care? You probably wouldn't unless you were getting close to your monthly traffic

| | |
|---|---|
| Template (?) > | Party |
| Category (?) > | Family |
| SubCategory (?) > | None Created Yet |
| Title (?) > | Ray's Big 4-oh! |
| Description (?) > | 40 isn't old ... if you're a tree! |
| Keywords (?) > | Geezer |
| Public (?) > | Yes: ○ No: ● |
| Filenames (?) > | Yes: ● No: ○ |
| Comments (?) > | Yes: ○ No: ● |
| Ext Links (?) > | Yes: ○ No: ● |
| Camera Info (?) > | Yes: ○ No: ● |
| Easy Sharing (?) > | Yes: ○ No: ● |
| Printable? (?) > | Yes: ○ No: ● |
| Originals (?) > | Yes: ○ No: ● |
| Larges (?) > | Yes: ● No: ○ |
| Clean (?) > | Yes: ○ No: ● |
| Protected (?) > | Yes: ● No: ○ |
| Watermarking (?) > | Yes: ● No: ○ |
| Appearance (?) > | smugmug: ● custom: ● |
| Style (?) > | Elegant |
| Sort By (?) > | Caption |
| Sort Direction (?) > | Ascending (1-99, A-Z, etc) |
| Community (?) > | None |
| Appearance (?) > | smugmug: ○ community: ● |

**EXHIBIT E**
**Page 1 of 6**

Referral program
Settings
Usage Stats

**Power Users**
Custom categories
Custom header
Adding bling
Adding video
Video format help

**Professional Users**
Custom hostname
Guest passwords
Image protection
Setting Print Prices
Reporting & payment
Buying more traffic

**Advanced**
Display color
Display quality
Print color
Print quality
Pleasing skin tone

**Real people**
Very cool forum
Email a person

**Trouble**
Cookies

**FAQ**
General

limit, which most people don't do.

**Camera info** places a small link below your photo that enables your visitors to pop up a window (example at right) with such details as the date a photo was taken, assuming your camera manufacturer supplies it and you don't strip it out by using the *save for web* option with Photoshop.

| Photograph Details | |
|---|---|
| Date Taken: | 2003-08-18 14:30:09 |
| Make: | Canon |
| Model: | Canon EOS 10D |
| Size: | 2672x1781 |
| Bytes: | 498810 |
| Aperture: | f/4.5 |
| ISO: | 200 |
| Focal Length: | 200mm (guess: 246mm in 35mm) |
| Exposure Time: | 0.002s (1/500) |
| JPEG Quality: | normal |
| Exposure Bias: | -0.5 |
| White Balance: | manual |
| SensingMethod: | One-chip color sensor |
| ColorSpace: | sRGB |

**Easy sharing** places a button that reads share with friends, forums below each of your photos.

**Printable** places a button under each photo to order film-quality prints through a great lab in Georgia. Families love this option but some pro photographers turn it off. Your call.

Every user can enable or disable access to your high-resolution **originals** as another step to block unwanted printing. Pro users can block **larges** too.

**Clean, Protected,** and **Watermarking** are pro features. Clean means the gallery description and modified date will not appear on your home page.

**Appearance** is for Power and Pro users and controls whether you want to use your customized look.

**Style** lets Power and Pro users force a gallery style, such as Journal. Why isn't Elegant Small listed as a choice? Because selection between Elegant and Elegant Small is provided automatically after we sense the user's monitor size. We serve Elegant Small to users who have 800x600 pixel monitors to prevent scrolling, and Elegant to people with 1024x768 and above.

**Sort By** lets you specify how photos will be arranged in your galleries. If you leave it set at *Position*, then you can manually arrange them in any order.

**Communities:** This is an exceptionally powerful feature if you participate in message forums. If you choose to associate a gallery with your community, it will be included in your community's gallery pages. Example: Adventure Rider.



EXHIBIT E
Page 2 of 6

smugmug

free trial! | login | help | search | color: Black |

**help sections**

**Viewing**
- Your way
- Finding stuff
- Comments

**Preparing Photos**
- They're huge!
- Supported files

**Uploading**
- Basics
- Mac lovers
- Java uploader
- Camera phones
- Speeding it up
- Problems

**Galleries**
- Creating
- Deleting
- Arrange photos
- Move photos
- Customizing
- Feature photo
- » **Privacy & security**
- Subcategories

**Photos**
- Captions
- Cropping
- Color effects
- Deleting
- Rotating
- Zooming thumbs

**Home page**
- Arrange galleries
- Bio
- Feature gallery
- Friends & family
- Keywords
- Timeline

**Sharing**
- Notifying friends
- On other sites
- Sharegroups

**Printing**
- On your computer
- Buying prints
- Blocking printing
- I'm too red!

**Your Account**
- Backups
- Billing
- Login problems

# Galleries: Privacy and security

In your home, *privacy* comes from drawing the drapes. *Security* comes from locking the door.

## Privacy

Your visitors cannot see a private gallery unless you have given them its Internet address (URL). It will not appear in smugmug's search nor in search engines like Google.

For you, however, the galleries will be displayed **but only when you're logged in** (private galleries have caused many moments of panic after they vanished upon logging out).

To make a gallery private, make sure you're logged in. Navigate to the gallery you want to make private and select the customize gallery button. You'll see a checkbox part way down the page that enables you to choose between private and public.

**options** *a variety of options exist to finalize your customization*

Public [?] > Yes: No:

## Security

You can have as many secure galleries as you like, each with its own password. Or use the same password for several galleries. Password-protected galleries are not hidden, but your visitors will be asked for a password before they can enter.



To set a password, make sure you're logged in. Navigate to the gallery you want to secure and select the customize gallery button. You'll see a text box part way down the page that enables you to choose a password. (Simply clear that box to remove security.)

Password [?] >

**Q:** I want to set one password for a group of galleries.
**A:** If you set the same password on multiple galleries, anyone who enters it will automatically be granted access to all galleries who share the identical password. Note that they must not DiFFEr In CaSe.

**Q:** Why doesn't my password-protected gallery require a password anymore?
**A:** For convenience, smugmug remembers that you are authorized to visit a gallery once you have correctly entered the password. You can revisit the gallery, provided you do so on the same computer, for 24 hours without having to enter it again. Anyone who visits the gallery for the first time, however, will be asked for the password even if you're not.

**Q:** How can I share multiple private galleries at once?
**A:** With ShareGroups.

**Q:** Can I share multiple password-protected galleries with ShareGroups?
**A:** You cannot use password-protected galleries in a ShareGroup.

**Q:** Ack! I forgot a gallery's password!
**A:** To see a password, simply follow the steps to set a password, above.

**EXHIBIT E**
**Page 3 of 6**

- Referral program
- Settings
- Usage Stats

**Power Users**
- Custom categories
- Custom header
- Adding bling
- Adding video
- Video format help

**Professional Users**
- Custom hostname
- Guest passwords
- Image protection
- Setting Print Prices
- Reporting & payment
- Buying more traffic

**Advanced**
- Display color
- Display quality
- Print color
- Print quality
- Pleasing skin tone

**Real people**
- Very cool forum
- Email a person

**Trouble**
- Cookies

**FAQ**
- General

news | browse | shopping cart | privacy | about us | terms of use | contact smugmug | © 2005 smugmug, inc.

**EXHIBIT E**
**Page 4 of 6**

smugmug

free trial! | login | help | search | color: Black |

help sections

**Viewing**
- Your way
- Finding stuff
- Comments

**Preparing Photos**
- They're huge!
- Supported files

**Uploading**
- Basics
- Mac lovers
- Java uploader
- Camera phones
- Speeding it up
- Problems

**Galleries**
- Creating
- Deleting
- Arrange photos
- Move photos
- Customizing
- Feature photo
- Privacy & security
- Subcategories

**Photos**
- Captions
- Cropping
- Color effects
- Deleting
- Rotating
- Zooming thumbs

**Home page**
- Arrange galleries
- Bio
- Feature gallery
- Friends & family
- Keywords
- Timeline

**Sharing**
- Notifying friends
- On other sites
- Sharegroups

**Printing**
- On your computer
- Buying prints
- » **Blocking printing**
- I'm too red!

**Your Account**
- Backups
- Billing
- Login problems

# Printing: Blocking it

Most pro photographers are concerned about copyright infringement and unauthorized printing. Here are some options to help:

Printable? [?] > Yes: No:
Ext Links [?] > Yes: No:
Originals [?] > Yes: No:

## Turning off printing

When you customize a gallery, you have the option to have an *order prints and gifts* button appear below each photo, or not. It's the *printable* option you see when you create or customize a gallery.

## Blocking access to your originals (and the large size)

A good print requires high resolution, which usually implies that the high-res original you uploaded is needed, not the lower-resolution display copies that appear on smugmug. When you create a gallery, you have the option to block access to your originals. You can also turn off the option to see the large image size (800 pixels).

When your admirers order prints, the high-resolution original is still sent to the printer.

## Right-click protection

Professional account subscribers can choose to block right-clicking on their photos on a gallery-by-gallery basis. Simply choose the *customize gallery* button and scroll down to find the *protected* option.

## Watermarks



Professional account subscribers can place a *proof* watermark on any image that's larger than 800 pixels on one side.

Watermarks will not appear on prints ordered through the print button.

To provide watermarking in bulk as you upload images, choose the *customize gallery* button. Near the bottom of the page, you'll see an option to watermark all photos as they're uploaded.

To add a watermark or remove one from photos already in your gallery, choose the *Bulk Watermark* option in the photo tools pull-down menu below each photo.

Every thumbnail in your gallery will be displayed. Simply click to select them. They'll be hightlighted with red borders. Click the *watermark* button.




That's all there is to it.

EXHIBIT E
Page 5 of 6

- Referral program
- Settings
- Usage Stats

**Power Users**
- Custom categories
- Custom header
- Adding bling
- Adding video
- Video format help

**Professional Users**
- Custom hostname
- Guest passwords
- Image protection
- Setting Print Prices
- Reporting & payment
- Buying more traffic

**Advanced**
- Display color
- Display quality
- Print color
- Print quality
- Pleasing skin tone

**Real people**
- Very cool forum
- Email a person

**Trouble**
- Cookies

**FAQ**
- General

news | browse | shopping cart | privacy | about us | terms of use | contact smugmug | © 2005 smugmug, inc.

**EXHIBIT E**
**Page 6 of 6**

## A Group of Navy Seals Sues Associated Press for Revealing Identities in Photographs



**12/28/2004**

**San Diego, CA December 28, 2004** Six Navy SEALs and two of their wives filed a lawsuit against the Associated Press and one of its reporters, for revealing their identities in personal pictures published worldwide in early December. The case was filed today in the Superior Court of San Diego, California.

The complaint alleges that Associated Press (AP) reporter Seth Hettena stumbled upon a photograph in a personal photo storage website maintained by one of the wives of the Navy SEALs that contains photographs both personal and Navy related. Hettena removed photographs from that site and published them on December 4, 2004, in a story stating that the pictures "could be" the earliest evidence of possible prisoner abuse in Iraq. The SEALs argue that the pictures actually depict special warfare operators' standard procedures during covert operations. The Iraqis shown being captured in the photographs were leaders of anti-coalition attacks and Saddam loyalists.

"There was no need for the AP to publish the faces of the SEALs," said James W. Huston, a partner at Morrison & Foerster who is heading the Navy SEALs legal team. "They added nothing to the value of the story. In fact, the SEALs showed more respect for the insurgents and terrorists that they were apprehending by obscuring their faces than the AP did for the Navy SEALs who were in Iraq risking their lives," he added.

The plaintiffs, several of whom are still serving in Iraq, argue the AP knowingly published the faces and identifying information of special warfare operators conducting sensitive operations on behalf of intelligence agencies. The AP chose to publish the photographs worldwide, clearly showing their faces and identifying information and showing them in operations in Iraq where they can be identified by the enemy. In the article to which the photographs were attached, the AP quotes the Navy as saying that revealing the faces or names of these special warfare operators could put them or their families at risk. In spite of that knowledge, AP made no efforts to obscure their faces or conceal their identities.

"We believe that when the trial is held in this case, the evidence will be that there is no prisoner abuse whatsoever in those photographs," said Morrison & Foerster's Huston, a former Navy Flight Officer and Reserve Intelligence Officer. "But regardless of what the reporter thought the pictures showed, he had no grounds to disclose the identities of the individuals involved, especially when he had been warned by the Navy of the danger to the SEALs and their families of doing so."

Since the photos were released, they have been published widely in the Arab Press, including Al Jazeera. Several of the photographs were broadcast as part of a television report showing them on a billboard outside of Guantanamo Bay, Cuba, where the Navy SEALs are accused of being Nazis and photos are displayed with swastikas.

Speaking for the group, one of the SEALs said, "We are very disappointed in this reporter's unprofessional behavior and the fact that he showed such disregard for us, our safety, and the ongoing work we are doing. We find this conduct especially appalling in light of the continuing war in Iraq and the fact that we are continuing to put ourselves at risk. This risk is now greater because of Mr. Hettena, and the increased risk was completely unnecessary and preventable."

The Navy SEALs are requesting injunctive relief, to preclude republishing the photographs, to preclude the publication of additional unpublished photographs, and to preclude the publication of personal photos by the Navy wife whose site was invaded, such as her wedding photos.

**EXHIBIT F**
**Page 1 of 2**

The SEALs have asked for unspecified damages for their invasion of privacy claim and intentional infliction of emotional distress by the wives. Huston said that these sorts of claims are difficult to value, and that he would trust in the judgment of a San Diego jury to award what it considers appropriate.

The Navy goes to great lengths to protect the identities and whereabouts of its 2,400 SEALs which stands for Navy Sea, Air, Land many of whom have classified missions around the globe.

**EXHIBIT F**
**Page 2 of 2**