USDC SCAN INDEX SHEET



TKL 4/15/05 10:25

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*10*

*RETSVCXC.*

Dockets.Justia.com

CHARLES S. EVENDORFF, ESQ. SD# 187119
MORRISON AND FOERSTER
3811 VALLEY CENTER DRIVE, 500
SAN DIEGO, CA 92130
Telephone: (858) 720-5100

FILED
05 APR 14 PM 4:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Plaintiff
NAVY SEALS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

NAVY SEALS

Plaintiffs,

vs.

AP

Defendant.

CASE NO: 05CV0555-JM (JMAx)

**PROOF OF SERVICE**

10

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: (858) 720-51 FOR COURT USE ONLY

MORRISON AND FOERSTER
CHARLES S. EVENDORFF, ESQ., SB# 187119
3811 VALLEY CENTER DRIVE, 500
SAN DIEGO, CA 92130

Ref. No. or File No.

ATTORNEY FOR (Name):

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA 92101-8900

PLAINTIFF:

NAVY SEALS

DEFENDANT:

AP

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 05CV0555 JM (JMAx) |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS TO FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET

ON: ASSOCIATED PRESS

AT 600 W. BROADWAY, 2600
SAN DIEGO, CA 92101
(BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
ROBERT G. STEINER - ATTORNEY/AUTHORIZED TO ACCEPT

ON: April 7, 2005
AT: 04:12 pm

**Manner of service** in compliance with California Code of Civil Procedure.

Fee for Service: $36.50
CALIFORNIA REGISTERED PROCESS SERVER
County: SAN DIEGO
Registration No.: 1128
Expiration: December 2, 2005
Diversified Legal Services, Inc.
4665 Park Blvd.
San Diego, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 12, 2005 at San Diego, California.

Signature: ____________
ERIC PORTMAN

**PROOF OF SERVICE**

Order#: 117877/BProof39