USDC SCAN INDEX SHEET



TKL 4/25/05 12:49

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*13*

*DECL.*

Dockets.Justia.com

JAMES W. HUSTON (BAR NO. 115596)
DAVID C. DOYLE (BAR NO. 70690)
KRISTINA M. HOY (BAR NO. 220167)
CHARLES S. EVENDORFF (BAR NO. 187119)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive, Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Plaintiffs
FOUR NAVY SEALS AND JANE DOE

FILED
05 APR 21 AM 11:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FOUR NAVY SEALS AND JANE DOE,

Plaintiffs,

v.

ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,

Defendants.

Case No. 05 CV 0555 JM (JMA)

**DECLARATION OF PAUL HARRINGTON IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

Date: May 6, 2005
Time: 11:00 a.m.
Ctrm: 6
Judge: Jeffrey Miller

13

I, Paul Harrington, declare:

1. I worked for the Associated Press ("AP") at its Los Angeles desk from 1981 to mid-2004, when I retired. I retired in mid-2004 as the supervising Night Photo Editor. Because of my 23 years of experience working at the AP, much of it in a supervisory role, I am aware of the AP's own internal guidelines and standards, as well as the requirements of ethical and responsible journalism. I have personal knowledge of the facts in this declaration and if called upon I could and would competently attest to them.

2. I have reviewed the article written by Seth Hettena dated December 3, 2004 ("the Article") for the AP, read the Declaration of Seth Hettena in Support of Motion to Dismiss and Strike ("Hettena Declaration") submitted in this action, and reviewed the photographs attached to the Hettena Declaration.

3. As a photo editor at the AP, I would never run photographs lifted from a personal webpage without obtaining the permission of the owner of the photographs. This would violate AP practices and good sense. For instance, in late 2003 or early 2004, while working at the AP, the AP was searching for pictures to accompany a story about the death of a Marine in Iraq. A number of photographs of the Marine were posted on a family webpage. The New York photo supervisor called me and asked me to contact the father of the Marine to get permission to use the photographs. I did not merely take the photographs off their personal webpage. Instead, I tracked down the Marine's father and asked for permission to use the photographs. Upon him granting permission, we ran them. I asked him to send the pictures to me rather than just taking them from the webpage. Pulling pictures off someone's personal webpage, even if you can get on the page, is unethical and simply should not be done without permission—it is like going in the backdoor of a person's house and taking a picture off the mantle.

4. Moreover, neither I nor any other respectable or ethical journalist would run photographs identifying active duty Navy SEALs, without permission, unless those SEALs were charged with a crime. When I worked at the AP, we would not even run pictures of undercover police because that could put them in danger. Running pictures of SEALs capturing terrorists in Iraq would be even worse, given that anyone could understand having their faces in the news

could get them killed. Nobody should want to get someone killed by publishing their picture in the paper.

5. I feel moving the pictures violated both the standards of ethical journalism and the AP's own internal practices. Frankly, I believe Mr. Hettena thought he had a big story when he did not, and was too eager to move these photographs before taking the necessary steps to determine what they were and getting permission to use them.

6. The AP does have a practice to not alter photographs. But this is not some sort of iron-clad rule that can never be modified. It is an editor's job to make tough decisions every day. If the AP was convinced it needed to run the photographs attached to the Hettena Declaration with the Article, it should have blurred the identities of the SEALs in the photographs. That is what I, and any responsible photo editor, would have done. The AP could also have run some of the photographs that did not show the SEAL's identity with the story. The fact that the AP chose to run all of the photographs, including the ones identifying the SEALs, is outrageous and a complete violation of journalistic ethics.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Dumfries, Virginia on April 18, 2005.

Paul Harrington