USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al Doc. 1

TKL 4/25/05 12:53

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*18*

*DECL.*

Dockets.Justia.com

JAMES W. HUSTON (BAR NO. 115596)
DAVID C. DOYLE (BAR NO. 70690)
KRISTINA M. HOY (BAR NO. 220167)
CHARLES S. EVENDORFF (BAR NO. 187119)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive, Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Plaintiffs
FOUR NAVY SEALS AND JANE DOE

FILED
05 APR 21 AM 1:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FOUR NAVY SEALS AND JANE DOE,

Plaintiffs,

v.

ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,

Defendants.

Case No. 05 CV 0555 JM (JMA)

**DECLARATION OF DONALD MACASKILL IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: May 6, 2005
Time: 11:00 a.m.
Ctrm: 6
Judge: Jeffrey Miller

18

I, Donald MacAskill, declare:

1. I am the CEO of smugmug, Inc. I have personal knowledge of the facts in this declaration and if called upon I could and would competently attest to them.

2. It does not appear that many people viewed the photographs posted by Jane Doe before they were released in an article by an Associated Press ("AP") reporter. Smugmug.com is unable to determine the number of unique visitors that have viewed a certain photograph, but we are able to determine the cumulative number of times the images in the site have been viewed. I have reviewed our logs for Jane Doe's photographs. The hits are very low for September, October, and November 2004. In September the hits were an average of .3 viewings per image on the site. In October 2004 the hits were an average of .7 viewings per image on the site. And in November 2004 the hits were an average of 1.1 viewings per image on the site. It is possible that only 1 to 2 people, besides Jane Doe's family, viewed these photographs per month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Altos, California on April 22, 2005.

Donald MacAskill