USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al

Doc. 2

TKL 4/25/05 12:54

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*20*

*DECL.*

Dockets.Justia.com

JAMES W. HUSTON (BAR NO. 115596)
DAVID C. DOYLE (BAR NO. 70690)
KRISTINA M. HOY (BAR NO. 220167)
CHARLES S. EVENDORFF (BAR NO. 187119)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive, Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Plaintiffs
FOUR NAVY SEALS AND JANE DOE

FILED
05 APR 21 AM 1:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FOUR NAVY SEALS AND JANE DOE,

Plaintiffs,

v.

ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,

Defendants.

Case No. 05 CV 0555 JM (JMA)

**DECLARATION OF KIMBERLEY CONKLIN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

Date: May 6, 2005
Time: 11:00 a.m.
Ctrm: 6
Judge: Jeffrey Miller

sd-255626

I, Kimberley A.Conklin, declare:

1. I am a paralegal with the law firm of Morrison & Foerster LLP, counsel for Four Navy SEALs and Jane Doe ("SEALs") and have personal knowledge of the matters set forth in this declaration and if called upon I could and would competently attest to them.

2. I have read the article written by Seth Hettena for the AP titled "Navy Probes New Iraq Prisoner Photos" dated December 3, 2004 (the "Article") and reviewed the photographs of some or all of the Navy SEALs attached as Exhibit A (pages 1-13) to the Declaration of Seth Hettena dated April 6, 2005, (the "Photos"). I have also performed extensive internet research, review and compilation of articles written in response to, as well as, follow-up media to the Article.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Photos I downloaded from a photo gallery on the Arab website *Alchahed.net* on February 17, 2005, with a flashing banner "REMEMBER THESE FACES".

4. Attached hereto as **Exhibit 2** is a true and correct copy of the article "Navy probes new photos of Iraqi prisoner abuse" posted on *Aljazeera.com* with the Photos dated December 4, 2004.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the article "US Probes Fresh Iraqi Prisoners' Abuse Photos" posted on *IslamOnline.net* with the Photos dated December 4, 2004.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the article "US investigates fresh abuse photos" posted on *Aljazeera.net* with the Photos dated December 5, 2005.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the article "Cuba steps up Christmas decoration war with US" posted on *MiddleEastOnline.com* showing a billboard in Cuba with the Photos dated December 17, 2004.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the San Diego chat room *sandiego.indymedia.org* posting the Photos with comments and discussions beginning with "SanDiegans: ID the Seal [sic] Scum in these Photos!".

9. Attached hereto as **Exhibit 7** is a Certified Translation from Continental Interpreting Services Inc. of the article "Discovering New Pictures for Torturing the Iraqi Prisoners preceding 'Abu Ghureib[sic]'" from the Arab website *Qudsway.com* with the Photos.

10. Attached hereto as **Exhibit 8** is a Certified Translation from Continental Interpreting Services Inc. of the Arab website *Aljazeera.net* with the Photos.

11. Attached hereto as **Exhibit 9** is a Certified Translation from Continental Interpreting Services Inc. of the Arab website *Iraqpatrol.com* with the Photos and calling directly below the photograph "You all examine closely the appearance and features of this agent/representative and you will know who is abusing our Iraqi mujahedeen brothers."

12. Attached as **Exhibit 10** is a true and correct copy of an AP article titled "Navy: Some SEALs photos for intel purposes – Approved tactics alleged in inquiry's preliminary finding" dated December 6, 2004.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a Seth Hettena article dated September 29, 2004 titled "Navy keeps tight lid on SEAL identities" stating "U.S. law exempt[s] identities of members of 'sensitive units' from disclosure."

14. Attached hereto as **Exhibit 12** is a true and correct copy of a Seth Hettena article dated March 21, 2005 titled "Court-martial postponed for SEAL accused of prisoner abuse" and stating in pertinent part"[t]o protect the safety of the terrorist-hunting SEALs, the Navy is identifying the . . . [SEALs] in the courtroom by the first letter of their last names . . . ."

15. Attached hereto as **Exhibit 16** is a true and correct copy of the Terms and Conditions and Privacy Policy (relevant portion highlighted) downloaded from the *smugmug.com* website.

16. I personally researched photo sharing websites (i.e., Google search "photo sharing") and visited the websites of *Shutterfly.com, Photoworks.com, Snapfish.com, Fotobay.com; MyPhotoAlbum.com, dotPhoto.com* and *Ofoto.com* (i.e., *Kodakgallery.com).* All of the above sites provide default security based protection for any photographs posted on the site. All of the above indicated that the only manner in which stored pictures could be accessed

would be 1) obtain access to my log in and password; and/or 2) to receive a URL link to a gallery or set of pictures stored within my account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in San Diego, California on April 22, 2005.

Kimberley Conklin

BLUEBIRD OFFICE SUPPLIES (888) 477-0700

الشاهد
LE TEMOIN

صفحة البداية
Accueil

Crimes de guerre جرائم الحرب الأمريكية

## أعداء الإنسانية

























# REMEMBER...


CRIMES DE GUERRE AMERICAINE - Microsoft Internet Explorer provided by Morrison & Foer...
Back
File Edit View Favorites
Address AMERICAINE.htm
Go
Links
Search Web
597 blocked
AutoFill
Options
Start
2:07 PM


CRIMES DE GUERRE AMERICAINE - Microsoft Internet Explorer provided by Morrison & Foer...
File Edit View Favorites
Address AMERICAINE.htm
Go
Links
Search Web
597 blocked
Options
THESE FACES...
Start
2:08 PM

BLUEBIRD OFFICE SUPPLIES (888) 471-0700

International English Edition
Aljazeera.com™

SEARCH Google Aljazeera.com Go Make this my Homepage

English Home Page
Middle East News
Reviews and Profiles
Let Talk - Dr.Kareem
Conspiracy Theories
Who's telling the truth
Poll of the Week

CONTROL ROOM




BUY NOW HERE

The Hit Documentary DVD about Aljazeera made during and after the Iraq War

Different Channels, Different truths

Banned in six Arab Countries

NewsMail Signup
Exclusive news sent once a week to your email.

E-Mail Address:
First Name:
Last Name:

> Home > Middle East News

EMAIL THIS

# Navy probes new photos of Iraqi prisoners abuse

12/4/2004 4:00:00 PM GMT

**The U.S. Navy has launched a criminal investigation into new photos that were posted on a website showing Navy SEALs in Iraq sitting on hooded and handcuffed Iraqi detainees, and pictures of bloodied prisoners, a Navy spokesman said on Friday.**




An Associated Press reporter found about 40 of the photos posted on a commercial photo-sharing Web site, by a woman who said that her husband brought them from Iraq after his tour of duty.


The reporter found about 40 of the photos posted on a commercial photo-sharing Web site

The reporter handed turned over the photos to officials at the Naval Special Warfare Command at Coronado, California.

"They presented copies of them to us last week and once we were presented with these photos we then launched an investigation as to how the photos got on the Internet and who is responsible," Navy Commander Jeff Bender said.

"The matter is currently under investigation to determine if the personnel acted properly," Bender said.

MIDDLE EAST

- Iraq war crimes to begin next week
- Mesh'al: Hamas "in contact" with EU and U.S.
- A second explosion rocks Baghdads Green Zone
- U.S. admits 8 deaths in military custody in Afghanistan
- Hezbollah TV: French ban is "politically motivated"
- UN suspends aid operations in Darfur
- Mullah Omars security chief arrested in Afghanistan
- Train crash kills 27, and injures 250 in India
- Israeli forces demolish Palestinian homes in Gaza
- Syria blames Israel for Damascus bomb blast
- Guantanamo Briton might go mad from confinement
- Minister: U.S. pressures will not scare Lebanon
- Huge anti-Mubarak demo in Egypt

Go

**FOREX Currencies**

| | | |
|---|---|---|
| Euros | - | 1.1896 |
| Pound Sterling | - | 1.8289 |
| Bahraini Dinar | - | 0.3770 |
| Kuwati Dinar | - | 0.2947 |
| Qatari Riyal | - | 3.6403 |
| Saudi Riyal | - | 3.7499 |
| UAE Dirham | - | 3.6728 |
| Egyptian Pound | - | 6.1850 |
| Iraqi Dinar | - | 1455.0 |
| Irani Riyal | - | 8621.0 |
| Jordan Dinar | - | 0.7080 |
| Lebanese £ | - | 1514.0 |
| Sudan Dinar | - | 258.80 |
| Syrian Pound | - | 51.450 |

"These photographs raise a number of important questions regarding the treatment of prisoners of war (POWs) and detainees," Navy Cmdr. Jeff Bender, a spokesman for the Naval Special Warfare Command in Coronado, said in a written response to questions. "I can assure you that the matter will be thoroughly investigated."

The Navy SEALs appeared in the photos sitting on hooded detainees, pointing a gun to a detainee's bloodied head, and putting a boot on the chest of a prone man, the AP reported.

Other photos showed smiling U.S. personnel lying atop three hooded detainees in the bed of a pickup truck.

Some of the photographs have date stamps that show they were taken last May, which could make them the earliest evidence of abusing Iraqi detainees in Iraq.

It hasn't been mentioned yet who took the pictures, which the Navy said it was investigating.

Navy regulations "strictly prohibit photographing detainees except to keep records of prisoners or for counterintelligence purposes," Bender said.

"Before they go on deployment they are instructed that taking photos of detainees is strictly forbidden," he said.

"Some of the photos clearly depict the faces and names of special warfare personnel which could put them or their families at risk," Bender said.

So far only seven U.S. military police reservists faced trial over Abu Ghraib prison scandal which first emerged in April, when photos showing U.S. soldiers torturing and sexually abusing Iraqi prisoners were released sparking international outrage.

For safety concerns, the Associated Press refuses to identify the woman who posted the photos on the website.

## Related stories...

- **Ukraine parliament demands Iraq withdrawal**
- **Attacks on Baghdad police stations Kill 20**
- **New wave of violence looming in Fallujah**
- **U.S. troops in Iraq to hit record**
- **Doctors warn of bacteria infection in Afghanistan, Iraq**
- **British and U.S. forces raid old Baathist retreat**
- **Human rights group sues Rumsfeld for war crimes**
- **Medical charity: Iraq's health system "in deep crisis"**
- **Nov. U.S. death toll in Iraq nears record**

**IMPORTANT NOTE:**

- Yawar cites U.S., Britain errors in Iraq
- Pakistan denies CIA set covert bases on its soil
- India and Pakistan in talks to fight drug smuggling
- Israeli forces launch air raid on Gaza city
- U.S. denies Saddam on hunger strike

Some posting to this section are moderated by Aljazeera.com.

This website reserves the right not to publish any comments posted and if so do not have to provide reasons for doing so. All comments posted and published on Aljazeera.com DO NOT reflect either for or against the opinion expressed in the comment as an endorsement of Aljazeera.com. All comments expressed are private comments and DO NOT necessary reflect the view of this webstie. All comments are posted and published without liability to Aljazeera.com.

SEARCH Google Aljazeera.com Go Make this my Homepage

ALJAZEERA: INTERNATIONAL ENGLISH EDITION • About Us • Contact • Privacy Policy

Copyright 2004 AlJazeera Publishing Limited

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

IslamOnline.net
إسلام أون لاين.نت
What Future for Muslim Orphans ?

Home | About Us | Media Kit | Contact Us | Subscribe | Support IOL Your Mail
Search Advanced Search

News
The World in Pictures
Family
Art & Culture
Health & Science
Interfaith
Volunteer Youth Network
Special Pages & Folders
**Muslim Affairs**
Views & Analyses
Iraq in Transition
Palestine in Focus
**Discover Islam**
Introducing Islam
Ask about Islam
Contemporary Issues
My Journey to Islam
**Shari`ah Corner**
Ask the Scholar
Live Fatwa
Fatwa Bank
Hajj & `Umrah
Qur'an: The Reminder
Hadith & Its Sciences
Muhammad: The Man & Message
Islamic Audio
Religious Files
**Counseling**
Parenting Counselor
Cyber Counselor
**Services**
Prayer Times
Matrimonial
Live Dialogue
Discussion Forum
E-Cards

News

# US Probes Fresh Iraqi Prisoners' Abuse Photos


An apparently blackedout Iraqi prisoner with blood dripping from his head.

WASHINGTON, December 4 (IslamOnline.net & News Agencies) – The Iraqi abuse scandal deepened Saturday, December 4, as the US navy said it was investigating new photos posted on the internet, showing bloodied Iraqi prisoners being abused by its special forces after their capture in May 2003.

A number of navy SEALs, which stands for Sea, Air, Land, were seen holding a gun to a detainee's bloodied head, and placing a boot on the chest of a prone man, the BBC News Online reported.

Several of the photos, found by an Associated Press reporter on a commercial photo-sharing Web site, show grinning men wearing US flags on their uniforms, and one with a SEAL tattoo, take turns sitting or lying atop what appear to be three hooded and handcuffed men in the bed of a pickup truck.

The reporters handed them over to officials at the Naval Special Warfare Command (NSWC) at Coronado, California.

"I can assure you that the matter will be thoroughly investigated," Navy Cmdr. Jeff Bender, a spokesman for the NSWC, said in a written response to questions.

The AP reporter found more than 40 of the pictures among hundreds in an album posted on Smugmug.com Web page by a woman who said her husband brought them from Iraq after his tour of duty.

The images were found through the online search engine Google. The same search today leads to the Web page, which now prompts the user for a password.

Before the site was password protected, the AP purchased reprints for 29 cents each.

**The Earliest**

Some of the photos have date stamps suggesting they were taken in May 2003, which could make them the earliest evidence of prisoners' abuse in Iraq.

These and other photos appear to show the immediate aftermath of raids on civilian

Send to a friend

**Related Links**

- And They Ask, "Why Do They Hate Us?"
- Marines Killed Four Wounded Iraqi Prisoners: US Reporter
- Americans 'Ashamed' Of Iraqi Prisoners Abuse
- Rumsfeld Okayed "Sexual Humiliation" Of Iraqis – Report
- Sanchez Witnessed Iraqi Prisoners' Abuse – Lawyer
- US Soldier Says 'Instructed' To Abuse Iraqi Detainees
- HRW Wants Independent Probe Into US Prisoner Abuses

Villages Without Women

**In the Site:**

- Life Lessons in Oscar-Winning Boxing Film
- The Tehran Statement on Bioethics
- Why Do I Feel

Date Converter
Calendar
Address Book
**Directories**
Site Directory
Islamic Society
Islamic Banks
TV Channels
Telephone Code
**Newsletter**
Enter your E-mail

homes, the AP said.

The far more brutal practices photographed in Abu Ghraib prison broke into public view in April.

In one shocking image, a US private was pictured holding a leash attached to the neck of a naked detainee who was sprawling on the floor of a cell block.

Other photographs showed piles of naked detainees forced into human pyramids and forced to defile themselves.

Convicted private Lynndie England, who made her presence in most of the Iraqi abuse photos, had said it was all "a big joke" and had been "just for fun".



Detainees held in the back of a truck with a foot atop one of them.

Seven US military police reservists have been charged in the Abu Ghraib abuse scandal.

The Washington Post reported Wednesday, December 1, that senior US Army generals in Iraq were told in December 2003 that special operations troops and CIA personnel were suspected of abusing Iraqi prisoners -- four months before the scale of prisoner abuse shocked the world.

The paper said that the US leadership in Iraq had clues about prisoner mistreatment.

The New Yorker reported on May 16 that the abuse was Okayed by Defense Secretary Donald Rumsfeld himself.

The Washington Post said Saturday, June 12, that former top US commander in Iraq, Lieutenant General Ricardo Sanchez, gave free reign to US officers in charge of Abu Ghraib to adopt various torture and abuse tactics used at the infamous Guantanamo detention camp.

The New York-based Center for Constitutional Rights (CCR), an American human rights group, filed war crimes charges in Germany on Tuesday, November 30, against Rumsfeld, Sanchez and other senior officials involved in the Abu Ghraib scandal.

So Bad?

- I Might Smile, But Inside I'm Broken
- A South African's Journey to Islam
- Muslim View of Jews and Christians
- Celebrating the Prophet's Birthday
- Between Hope and Fear
- China Represses Muslim Uighurs
- What Future for Muslim Orphans?

**Back To News Page**

**Please feel free to contact News editor at: Englishnews@islam-online.net**

## Advanced Search

**News Archive :**

**Day:** 01 **Month:** 01 **Year:** 2005 Submit

**CONTACT US | GUEST BOOK | SITE MAP**

Best viewed by: MS Internet Explorer 4.0 and above.

Copyright © 1999-2005 Islam Online All rights reserved Disclaimer

Partially Developed by: Afkar Information Technology

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

Home | Site Guide | Contact Us | Set As HomePage | Add to favorites | الموقع العربي

ALJAZEERA.NET

SEARCH ALJAZEERA

Advanced Search

NEWS GLOBAL

# US investigates fresh abuse photos

Sunday 05 December 2004, 7:17 Makka Time, 4:17 GMT

Homepage
News
Economy
Culture
Sci-Tech
Special Reports
Weather
Polls

Your feedback
Contact Us
About Aljazeera
Frequencies
Aljazeera Mobile
News Alerts
E-marketing

**The US military has launched a criminal investigation into photographs that appear to show Navy Seals special forces in Iraq sitting on hooded and handcuffed detainees, and photos of what appear to be bloodied prisoners, one with a gun to his head.**



The photos, posted on a website, have since been removed

Some of the photos have date stamps suggesting they were taken in May 2003, which could make them the earliest evidence of possible abuse of prisoners in Iraq.

The far more brutal practices photographed in Abu Ghraib prison occurred months later.

An Associated Press reporter found more than 40 of the pictures among hundreds in an album posted on a commercial photo-sharing website by a woman who said her husband brought them from Iraq after his tour of duty.

It is unclear who took the pictures. The navy says it is investigating after Associated Press (AP) provided it with copies of the photographs to get a comment.

RELATED

**Related:**

- Group to charge US with war crimes
- Iraq prisoner abuse trials shift to US
- US soldier admits Abu Ghraib charge
- CIA accused of Abu Ghraib beatings
- More US soldiers charged over abuse
- Rogue soldiers or Pentagon policy?

**Tools:**

- Email Article
- Print Article
- Send Your Feedback

## Raids on civilians

These and other photos found by the AP appear to show the immediate aftermath of raids on civilian homes. One man is lying on his back with a boot on his chest.

A mug shot shows a man with an automatic weapon pointed at his head and a gloved thumb jabbed into his throat. In many photos faces have been blacked out.

"These photographs raise a number of important questions regarding the treatment of prisoners of war (POWs) and detainees," Navy Commander Jeff Bender, a spokesman for the Naval Special Warfare Command in Coronado, said in a written response to questions.



**More than 40 of the pictures were published on a photo-sharing site**

"I can assure you that the matter will be thoroughly investigated."

The photos were turned over to the Naval Criminal Investigative Service, which instructed the Seal command to determine whether they show any serious crimes, Bender said on Friday.

That investigation will determine the identities of the troops and what they were doing in the photos.

**Charges**

Some of the photographs recall aspects of the images from Abu Ghraib, which led to charges against seven soldiers accused of humiliating and assaulting prisoners.

In several of the photos, grinning men wearing US flags on their uniforms, and one with a tattoo of a Seal trident, take turns sitting or lying atop what appear to be three hooded and handcuffed men in the bed of a pickup truck.



**This photo showed a man on the floor with a boot to his chest**

A reporter found the photos, which have since been removed from public view, while researching the prosecution of a group of Seals who allegedly beat prisoners and photographed one of them in degrading positions.

Those photos, taken with a Seal's personal camera, have not been publicly released.

Though they have alarmed Seal commanders, the photographs found by AP do not necessarily show anything illegal, according to experts in the laws of war who reviewed photos at AP's request.

**Geneva Convention**

Gary Solis, a former Marine Corps prosecutor and judge who teaches at the United States Military Academy, said the images showed stupid and juvenile behaviour - but not necessarily a crime.

John Hutson, a retired rear admiral who served as the Navy's Judge Advocate General from 1997 to 2000, said they suggested possible Geneva

**"It's pretty obvious that these pictures were taken largely as war trophies. Once you start**

Convention violations. Those international laws prohibit souvenir photos of prisoners of war.

"It's pretty obvious that these pictures were taken largely as war trophies," Hutson said.

**allowing that kind of behaviour, the next step is to start posing the POWs in order to get even better pictures"**

John Hutson
Retired navy admiral

"Once you start allowing that kind of behaviour, the next step is to start posing the POWs in order to get even better pictures."

At a minimum, the pictures violate Navy regulations that prohibit photographing prisoners other than for intelligence or administrative purposes, according to Bender, the Seal's spokesman.

All Naval Special Warfare personnel were told that prior to deployment, he said, but "it is obvious from some of the photographs that this policy was not adhered to".

**Website**

The images were posted to the internet site Smugmug.com.

The woman who posted them said her husband had returned to Iraq. He does not appear in photos with any prisoners.



**The photos could be seen as trophy shots**

The navy goes to great lengths to protect the identities and whereabouts of its 2400 Seals - which stands for Navy, Sea, Air, Land - many of whom have classified counterterrorist missions around the globe.

"Some of these photos clearly depict faces and names of Naval Special Warfare personnel, which could put them or their families at risk," Bender said.

Agencies

**Tools:**
- Email Article
- Print Article
- Send Your Feedback

Latest stories in this section:

Go



© 2003 - 2005 Aljazeera.Net Copyright and Terms of Use, Privacy Policy, Disclaimer

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

ميدل ايست اونلاين
MIDDLE EAST ONLINE



First Published 2004-12-17, Last Updated 2004-12-17 17:55:08



Fascists Made In USA, says the billboard

## Cuba steps up Christmas decoration war with US

**Havana puts up enormous billboard depicting US soldiers' torture of Iraqi prisoners to counter US mission's Christmas lights.**

By Carlos Diaz - HAVANA

Cuba on Friday put up pictures of US soldiers torturing Iraqi prisoners at the Abu Ghraib prison outside the US mission in Havana in retaliation for US Christmas illuminations highlighting Cuban dissidents.

The decorations war on the Malecon avenue along the Havana sea front intensified as Cuba ended wargames that have been portrayed as countering US plans to invade. But President Fidel Castro has also met a US delegation that wants to sell 100 million dollars of much needed food and agricultural products to the communist island.

The Cuban authorities were infuriated when the US special interests section put up Christmas illuminations that had a neon "75" as the centrepiece surrounded by traditional Christmas trees.

The number was a pointed reference to 75 Cuban dissidents detained by the communist authorities last year in a crackdown on the opposition.

The chief US representative in Havana, James Cason, was summoned to the Cuban foreign ministry on Monday but refused to take down the decorations.

Cuba responded by putting up a huge billboard in front of the US mission showing the Abu Ghraib abuse images that caused a global scandal earlier this year. The accompanying slogan proclaims: "Fascists Made In USA".

Near the public entrance to the building another image has been put up showing an American marine pointing his rifle at the head of a child under the words: "Merry Christmas".

The Cuban authorities have also put up red flags with the Nazi crosses emblazoned on them.

The US mission made no immediate comment about the Cuban counter-attack in the propaganda clash. But Washington has made it clear it supports the action of the Havana representative.

"We think it's appropriate, at the holiday season, to remember these people, these people who are missing because of political repression," US State Department spokesman Richard Boucher said Wednesday.

Cuba has not had formal diplomatic relations with the United States since 1961, but the two have special interest sections in each other's capital for consular business. Their rivalry has regularly spilled over into such undiplomatic antics.

The communist island this week staged wargames involving hundreds of thousands of regular troops, reservists, students and civilians to prepare for what the authorities have called US plans for an invasion.

Defence Minister Raul Castro, the president's brother, said the exercises were intended to make sure the United States "does not commit the errors it made in Vietnam and that it is now committing in Iraq. So that they do not underestimate our people, who are united and more powerful than those in Iraq."

However President Castro has been among Cuban leaders to welcome to Havana a group of US farm business representatives who hope to seal another 100 million dollars of contracts.

Castro met the delegation on Thursday and told them they would always have a market for their food products, the official Juventud Rebelde newspaper reported Friday.

The US eased its embargo with Cuba in 2001 to allow "humanitarian" trade. And Castro said the US delegation "is not harming anyone and not damaging their country."

With the latest contracts, more than one billion dollars of US food and farm products have now been sold to Cuba since December 2001.

Castro appeared standing in a photo with the delegation. The 78-year-old Cuban leader had been in a wheelchair since breaking a knee and fracturing an arm in a fall in October.

---

Print Printer Friendly Version

Send to friends Top

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

about us >> contact >> how to participate >>

start >>

Languages:

English
Espanol

SD Alt. Media

•• free radio 96.9
radioActive ••
•• alt. focus TV
sd free press ••
•• 106.9 fm

Event Calendar >>

Publish >>

Newswire archive >>

Feature archive >>

Support SD IMC

Make a Donation

Search:

with images
with audio
with video

Search >>

Topics:

media
Gender/Queer
WTO 2003
anti-war
border issues
police brutality
animal liberation
sandiego
environment
feminist action
labor

# SanDiegans: ID the Seal Scum in These Photos!

Read this story in English | Add a translation >>

*Kodak | 05.12.2004 22:14*

**The US Navy will hate you for it, but please identify by name, etc., any of the SEALs scum in these photos. Navy is more worried about THEIR safety than their prisoners.**



*Seals torture.*

globalization
electoral politics
Media emergenC
white supremacy
tijuana



*Seals are sadists.*



*Seals are traitors.*



*Seals are scum*



*Do Seals deserver Geneva Conv. Protections?*

Have you seen any of these "men" around the Coronado Hotel or San Diego? Please advise here.

Save to hard drive Navy SEALS Torture Photos 3,4,5,7 and distribute widely as possible.

This is the site the United States Navy does not want you to see:
http://ancapistan.typepad.com/photos/navy_seals_torturing_iraq/navyseal1.html

THEY FEAR FOR THE SAFETY OF THE NAVY SEALS SHOWN TORTURING IRAQIS. It is not the

torture that bothers them, it is the safety of the perpetrators.
Go to the ABOVE link, download photos 3, 4, 5, and 7. These show the Navy SEALS personnel's faces. Disseminate as widely as you can.
DOES THE NAVY CARE?

You bet they do. Commander Jeffrey Bender, in an interview, explained that the safety of the SEALS is at stake, in an interview with al Jazeera:

http://english.aljazeera.net/NR/exeres/0D7C956B-872D-451B-95BA-E2AB3B8D69F1.htm

"These photographs raise a number of important questions regarding the treatment of prisoners of war (POWs) and detainees," Navy Cmdr. Jeff Bender, a spokesman for the Naval Special Warfare Command in Coronado, said in a written response to questions. "I can assure you that the matter will be thoroughly investigated."

The navy goes to great lengths to protect the identities and whereabouts of its 2400 Seals - which stands for Navy, Sea, Air, Land - many of whom have classified counterterrorist missions around the globe.

"Some of these photos clearly depict faces and names of Naval Special Warfare personnel, which could put them or their families at risk," Bender said.

**Download this article in pdf format >>**

**Make a quick comment on this article>>**

## Places to see US Navy SEALS

***06.12.2004 10:30***

**One place is the old Coronado Hotel in Coronado.**

**Another place is "McP's" where they had a retirement party this past weekend.**

**It shouldn't be hard.**

***Toto***

## don't see it

***06.12.2004 11:20***

**How, exactly, are these SEALs "torturing" these prisoners? I see guys posing for the camera. I don't see anyone getting beaten, wired to a battery or otherwise tortured.**

**Please explain exactly how these prisoners are being "tortured".**

***strike force***

## re: strike force

***06.12.2004 16:55***

**And if the pictures showed US troops sticking a hot soldering iron in an Iraqi prisoner's groin, you'd be saying its just abuse, not torture.**

**The fact that these are trophy photos says it all. These pictures were taken for the sake of entertaining some sick pigs, who get off on invading a country and committing genocide, who feel an adrenaline rush when they hurt, maim and murder people, who feel that they are all powerful and mighty when they have someone's life in their hands.**

*steve walker*

### Steve Walker, Super Genius

*07.12.2004 09:02*

I asked if anyone could explain, specifically, HOW the photos show torture. I don'ty see anyone being beaten, raped, electrocuted, etc.. . I see some navy SEALs posing with the people they have capture. I don't see any actual torture here.

But Steve Walker, Super Genius, replied with .. "And if the pictures showed US troops sticking a hot soldering iron in an Iraqi prisoner's groin, you'd be saying its just abuse, not torture." ... I never said that Steve, YOU did. If I saw a hot soldering iron in someones groin then I would gladly call that torture because thats what it would be. But thats not what the photos show, is it Steve?

Steve Walker, Super Genius, then went on a tirade about 'sick pigs' and 'genocide' ... the usual drivel.

In summary, Steve Walker, Super Genius, never answered my question. Taking the photos themselves is legal. So that leaves the question, where is the torture?

Perhaps Steve Walker, Super Genius, can regale us with more of his penetrating insight.

*strike force*

### humiliation?

*07.12.2004 14:55*

How about the guy they've got wearing a dress? This is one of their practices to humiliate prisoners. They parade them in women's clothing. This seems to be a continuation of the same practices that shocked everyone when the Lynddie English/Terry Grainer et al photos came out.

*ne1*

### Not good enough

*07.12.2004 16:46*

Do you know for a fact that its a dress? Do you have ANY idea why he is wearing it? Do you know for a fact that these SEALs would make him wear it? No, you don't know any of those things for a fact, do you?

Further, why make him wear a dress...? All of the prisoners are wearing hoods, so his friends can't see him in it anyways. Besides, Navy SEALs don't waste time with making people change clothes. SEALs are all business, believe me, I've worked with them.

But lets suppose it IS a dress. Do you know for a fact that the SEALs put it on him? Iraqi terrorists have disguised themselves as women before, typically before setting off suicide bombs or in attempts to escape.

Lastly, I asked about TORTURE. Lets say for a moment that these SEALs took the time out of their busy day to put a dress on this guy. Is that TORTURE? Does that actually qualify as TORTURE? No, it doesn't. This dirtbag may not LIKE the idea, but thats hardly torture.

You'll have to do better than the "A dress will hurt the terrorists feelings" argument. Honestly, do you think terrorists are THAT emotionally fragile? Get real.

*strike force*

## re: stink force

*07.12.2004 19:46*

To take away someone's freedom, to incarcerate her/him is - regardless of the treatment - a form of torture, particularly when it's an illegal incarceration by an imperialist invader.

In this case it wouldn't matter if the Iraqi prisoners in the photos were placed in five-star hotels, served caviar and wined and dinned every day, etc. The fact that they are being imprisoned illegally in their own country by imperialist invaders is tantamount to torture.

Is it illegal to take "trophy pictures" of prisoners of war? It is illegal under the Geneva Convention to force Iraqis to pose for pictures that will be publicized.

Furthermore the Geneva Convention specifically says that prisoners of war have the right to be treated humanely, with dignity. Taking such pictures of prisoners of war does not meet the Geneva Convention's criteria for humane treatment.

Someone correct me if I'm wrong, but just last week the Center for Constitutional Rights filed a lawsuit in Germany against the US for torturing prisoners. Some of these same photos will be presented in the case as evidence.

The irony of it all is that the first government to complain about such violations of the Geneva Convention was the US. Some of the first pictures to appear in the corporate media during the March 2003 invasion of Iraq were those of US soldiers as prisoners of war. The US reaction was to scream: "How dare these barbaric Iraqi 'terrorists' parade our brave men and women as prisoners of war before a camera. This is a violation the Geneva Convention!"

The US propagandists spun the story as a major breach of the Geneva Convention. They did it for the purpose of maximizing the demonization of all Iraqis who resist, i.e., to get the US public behind Bush's illegal invasion/occupation – a genocide in the making.

In other words, the US likes to hold everyone accountable to the Geneva Convention - everyone but itself, that is. The hypocrisy of accusing Iraqis of war crimes for releasing footage of US prisoners in March of 2003 while referring to "trophy pictures" of Iraqi prisoners taken by US captors as "legal" reeks of the foulest, imperialist racism.

Do these pictures actually prove the Iraqis in them were being tortured? Yes, as I stated earlier - all Iraqis being imprisoned by the US are being tortured regardless of how they are being treated. Since the pictures show Iraqis being imprisoned they are therefore being tortured.

*steve walker*

## the absurdity

*07.12.2004 21:57*

Hey Strike Force, what's up with the handle? Am I supposed to be intimidated because you use the handle Strike Force? If you have to use intimidation to defend your position than it must be a really weak.

I'd like to expand on the point Steve had made a while ago. He commented that it wouldn't matter even if there were a pic of an Iraqi being scorched in the groin with a hot iron by a US soldier - Strike Force would refuse admit that it is torture simply because he thinks it's un-American to tell the truth about the war crimes that the US is committing.

In other words he won't admit the truth even when it's starring them right in the

face.

If you showed Strike Force a pic of an Iraqi prisoner with two black eyes, blood all over his face and a US soldier on each side of him with clenched fists Strike Force would claim that the wounds were self-inflicted, i.e., "the terrorists wound themselves to hide their identity and avoid capture".

Hence the "terrorists" wear dresses, they fake like they're scarred, they fake like they're injured, etc, etc, etc the list goes on and on. But whatever the case is, US troops never torture anyone, never harm anyone unless it's in self-defense and when they do harm people they harm only terrorists, they NEVER harm or kill civilians.

And of course they apply this same contorted logic to "free fire zones" of Iraq where, as in the now infamous case in Falluja, a US soldier shot an unarmed wounded Iraqi for "faking" like he was dead.

Wellcome to the world of Bush logic where up is down, war is peace, right is wrong and wrong is right.

The other point I want to make is that, when evidence of torture is presented, the corporate media turn it into a
"it's just a few bad apples" circus. The truth is that high level authorities in the Bush administration authorized torture back in 2002. There's an official memorandum from Ashcrot's office authorizing it, nullifying the Geneva Convention rules on torture. Bush denied that he'd ever seen it, covering for himself.

So, here we are arguing about whether or not some photos show Iraqi prisoners being tortured by US soldiers for the sake of some stupid hard core yanqui goon (Strike Force) who wants to convince himself and everybody else that the US does not commit torture, when in fact (and it's all a matter of public record)the US does use torture and it was ordered from the highest levels of the government.

*willis freedman*

## My point was to use these against the Seals -- they are neutralized.

*07.12.2004 22:27*

Disseminating these photos showing the ugly faces of the Seals virtually assures that they cannot be used in clandestine work, which Commander Bender says is one of their functions.

That was the point of the original post.

*Anon*

## re: purpose of the post

*08.12.2004 00:32*

I understand why you posted the pics. I respect that. I'm simply replying to strike force's comments is all. I think it's important to debate these war pigs when they try to make it look as if the US is benevolent. The truth is the US is the most murderous regime in history.

*steve walker*

## Wake up call

*08.12.2004 09:45*

Steve Walker...

You said... "To take away someone's freedom, to incarcerate her/him is - regardless of the treatment - a form of torture..." (the rest of that paragraph is blather).

So, merely incarcerating someone is torture. Under your definition then if you are incarcerated for say, drunk driving, you are being tortured. If you believe that merely incarcerating someone constitutes torture then you are a bonafide lost in space pacifist. Be sure to radio a message to us when you re-enter the earths atmoshpere.

By the way, the Geneva Conventions (Geneva Convention relative to the Treatment of Prisoners of War, Adopted on 12 August 1949 by the Diplomatic Conference for the establishment ofInternational Conventions for the Protection of Victims of War, held in Geneva from 21 April to 12 August, 1949) say exactly JACK SQUAT about photgraphing prisoners. Even in Article 3, where the humiliation of prisoners is discussed not a word about photography appears. There simply is no provision that explicitly prohibits photographing prisoners. Look for yourself. You said "correct me if I'm wrong". Now you've been corrected.

Willis Freedman,

You clearly having a reading comprehension problem. If you had read my post you'd know that I said... " If I saw a hot soldering iron in someones groin then I would gladly call that torture because thats what it would be." But don't let basic reading get in your way. Your own incompetence is your problem. Why do you spend your time trying to make it everyone elses problem?

Lets get down to brass tacks here, shall we? Both of you, and your ilk, don't give a flying rats ass about these prisoners or for that matter the Iraqi people. These photos are merely a tool for you to denigrate the military. The real problem here isn't Navy SEALs or the military or even Iraq. The real problem here is that you despise Bush and you think that the US is too strong. In a nutshell, you have a MAJOR issue with strength, exercising strength and authority figures in general.

Your real goal here is to weaken the United States. I have a suggestion... if the US is soooooo evil and sooooooo terrible then why not move to Canada? Why sit here and whine like a bunch of cry babies? Flee this oppressive fascist police state!!! Get out while you can!!!

Or, given that you've already sided with the terrorists, why not go to Iraq and join them?

*strike force*

## Imagine the Roles Reversed

*23.03.2005 09:38*

Americans have lately developed a conditioned reflex to whimper that it's not "torture" unless the eyeballs are out, the hot iron in. But that's self-exculpatory bullshit. Imagine the roles reversed in the images: Grinning Arabs cranking back a US soldier's neck, a gun to his head, a hand crushing his throat: a US soldier reeling against a bloodstained refrigerator, surrounded by mujahadeen, blood running down her neck (pictures of our always-to-be-supported troops doing these things to Iraqis are at http://ancapistan.typepad.com/photos/navy_seals_torturing_iraq/). Or the "interrogation" practices that the Bush administration claims are legal: chaining detainees to the floor for 24 hours without food or water, mock executions by drowning. Imagine a video of Saddam Hussein personally waterboarding Jessica Lynch. Anyone who said "Oh, but can you really call it 'torture'?" would be taken out and shot.

The Seals in the field at least have the lousy excuse that they have been systematically trained to devalue human life, and have lately been through the stress of patrols, getting shot at, etc. ---what Robert Jay Lifton called an "atrocity-producing situation." But the patriots sitting at computers back in the States----what's theirs?

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

Continental Interpreting Services, Inc.

WESPEAKYOURLANGUAGE.COM

**DECLARATION OF INTERPRETER/TRANSLATOR**

I, Fawzi Halaka, working as a freelance certified Arabic translator for Continental Interpreting Services, declare that February 21, 2005 I translated the following:

- Internet articles

I have translated the aforementioned articles from the webpage (www.qudsway.com ) on (2/21/2005 @ 10:00 am).

I am court certified as required by California Evidence Code § 751 (d), which requires an Interpreter to be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of the Government Code § 68560.

My certification number is 300181.

My business address is Continental Interpreting Services, Inc. 3111 N. Tustin Av. Suite 235, Orange, California 92865. My business phone is (800) 201-7121.

I, Fawzi Halaka, certify that the documents translated herein were translated by me from ARABIC into ENGLISH, and that I am competent, fluent and accurate in both, oral and written ENGLISH and ARABIC. I attest that the translation is accurate to the best of my knowledge.

I hereby certify under penalty of perjury, under the laws of the state of California that the foregoing is true and correct. Dated and signed on December 27, 2004, in California.

Fawzi Halaka
Arabic Interpreter/Translator

(800) 201-7121

CORPORATE OFFICE
3111 N. Tustin Ave., Suite 235
Orange, CA 92865
Tel: (714) 283-9050
Fax: (714) 283-9045

LOS ANGELES OFFICE
3250 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
Tel: (213) 383-8190
Fax: (213) 283-2877

SAN DIEGO OFFICE
110 West "C" Street, Ste 1300
San Diego, CA 92101
Tel: (619) 702-7080
Fax: (619) 702-9441

**Discovering New Pictures for Torturing the Iraqi Prisoners preceding "Abu Ghureib"**

Tens of new pictures were published showing American soldiers while they torture a group of prisoners in Iraq.

One of the pictures – which seems to be taken after a sudden operation and it was removed quickly from the website where it was published – depicts a group of special American marine forces [SEALS] falling prone on top of an Iraqi prisoner's chest whose face was covered and a gun was brandished to his head that was weltering with blood.

Another picture depicts a soldier who placed his military shoes over the chest of an Iraqi prisoner, while in other pictures, American soldiers seemed to have a broad smile while exchanging to fall prone on the chest of an Iraqi prisoner in one of the vehicles.

In some of the pictures, the faces and ranks of the SEALS forces became known while their identities and whereabouts are supposed to be kept in secret for there are several individuals from the forces that are estimated to be 2400 men participating in the secret operations held by the American CIA in different regions of the world.

The associated Press Agency mentioned that it received pictures from a woman who said that she took them from the album of her husband who returned from Iraq. There are dates on the pictures referring to that some pictures were taken in May 2003, i.e. almost a year before the pictures of torture in Abu Ghureib were disclosed to the public, which might lead to that Abu Ghureib prison was just chapter II of the American practice of torture in Iraq.

According to what Al-Jazeera reported, the American army began investigating these new pictures. A correspondent from the American Special Forces in California, major Reff Bandar said: " The pictures were handed over to the investigation department. An investigation will also be made to know how they reached the Internet.

Bandar added that the pictures violate at least the laws of working inside the special forces who prevent the individuals from taking pictures for themselves or for prisoners, except for informative or administrative purposes.

The Source: Jerusalem Calling Out + Agencies 04/12/2004, 14:00

# الكشف عن صور تعذيب جديدة بحق المعتقلين العراقيين تسبق 'أبو غريب'

نشرت على شبكة الإنترنت العشرات من الصور الجديدة التي تظهر جنودًا أمريكيين وهم يقومون بتعذيب مجموعة من المعتقلين في العراق.

وتظهر إحدى الصور – التي يبدو أنها أخذت بُعَيد عملية مداهمة وتم حذفها بسرعة من الموقع الذي نشرت فيه – مجموعة من قوات البحرية الأمريكية الخاصة [SEALS] جاثمين فوق صدر سجين عراقي غطي وجهه وقد صوب مسدس إلى رأسه المضرج بالدماء.

وتظهر صورة أخرى جنديًا وقد وضع حذاءه العسكري فوق صدر سجين عراقي، بينما يبدو جنود أمريكيون في صورة أخرى يبتسمون ابتسامات عريضة وهم يتداولون الجثوم على صدر سجين عراقي في إحدى العربات.

وتظهر في بعض الصور وجوه ورتب أفراد من قوات الـــSEALS والذين يفترض أن تبقى هوياتهم ومكان وجودهم سرًا، إذ إن العديد من أفراد القوة المقدرة بـــ2400 رجل يشاركون في العمليات السرية التي تقوم بها وكالة الاستخبارات المركزية الأمريكية في مناطق مختلفة من العالم.

وذكرت وكالة إسوشيتدبرس أنها تسلمت الصور من امرأة قالت: إنها أخذتها من ألبوم زوجها العائد من العراق.

وتظهر في الصور تواريخ تشير إلى أن بعض الصور التقطت في مايو 2003 أي حوالي عام قبل أن تظهر للعلن صور التعذيب في 'أبو غريب'. وهو الأمر الذي قد يؤدي إلى أن يكون سجن 'أبو غريب' ليس إلا الفصل الثاني من ممارسات التعذيب الأمريكية في العراق.

هذا، وقد بدأ الجيش الأمريكي – وفقًا لما نقلته الجزيرة – تحقيقًا في هذه الصور الجديدة، وقال ناطق باسم القوات الخاصة في البحرية الأمريكية بكاليفورنيا الرائد ريف بندر: إن الصور سلمت إلى مصلحة التحقيقات، كما سيتم البحث لمعرفة كيفية وصولها إلى الإنترنت.

وأضاف بندر أن الصور تخرق في أقل الأحوال قوانين العمل داخل القوات الخاصة التي تمنع التقاط أفرادها صورًا لأنفسهم أو لمعتقلين إلا لأغراض استخباراتية أو إدارية.

المصدر : نداء القدس + وكالات 2004/12/04، 14:00

BLUEBIRD (888) 477-0700 OFFICE SUPPLIES

Continental Interpreting Services, Inc.

WESPEAKYOURLANGUAGE.COM

## DECLARATION OF INTERPRETER/TRANSLATOR

I, Fawzi Halaka, working as a freelance certified Arabic translator for Continental Interpreting Services, declare that February 22, 2005 I translated the following:

- Internet articles

I have translated the aforementioned articles from the webpage (http://www.aljazeeranet/nr/exeres/761DECFB-ECCD-45AF-97E1-A734082FDFE4htm) on (2/22/2005 @ 10:00 am).

I am court certified as required by California Evidence Code § 751 (d), which requires an Interpreter to be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of the Government Code § 68560.

My certification number is 300181.

My business address is Continental Interpreting Services, Inc. 3111 N. Tustin Av. Suite 235, Orange, California 92865. My business phone is (800) 201-7121.

I, Fawzi Halaka, certify that the documents translated herein were translated by me from ARABIC into ENGLISH, and that I am competent, fluent and accurate in both, oral and written ENGLISH and ARABIC. I attest that the translation is accurate to the best of my knowledge.

I hereby certify under penalty of perjury, under the laws of the state of California that the foregoing is true and correct. Dated and signed on December 27, 2004, in California.

Fawzi Halaka
Arabic Interpreter/Translator

Al Jazeera Net: The News: Satellite – Knowledge – Business
Search for in all Search Search for Details

Membership / Who Are We / To Al Jazeera / Aid Center / A Map for the Site / Website Services

## The News A Space for Advertisement

Monday 11-8-1425 Hijra – 12-20-2004 A.D. Latest Update, Time: 1:41 (Mecca), 22:41 Greenwich Mean Time (GMT)

The Main Page: International

International

Search the News

Search in Details

- Jobs
- Al Jazeera Mobile
- The Service of Receiving and Publishing the News

Attachments

A Picture

Pictures of Torture in Abu Ghureib Prison on a Sign held in front of the headquarters of the American Delegation in Havana (the French one)

Save and Win
With Best-ip
The Best Kit for
Communications through the Internet
Easy to use
Without a Computer

Today, the Cuban authorities replied in their special way on the Christmas decorations that the Diplomatic American Delegation in Havana made. It included a hint to those opposing the Cuban regime by suspending pictures of torture in Abu Ghureib prison in Iraq.

A huge sing was suspended before the headquarters of the American Delegation in the well-known Malison St. in front of the sea including pictures for American soldiers in the prison of Abu Ghureib, as a motto was written on the sign "Fashion Made by USA".

Another picture was suspended next to the main entrance of the building showing one of the marine soldiers pointing his weapon to the head of a child with the statement "Merry Christmas".

The American Delegation put at the front of the building, among the Christmas decorations, a shining ring surrounding No. 75 referring to the number of those opposing Fidel Castro's regime and those detained there since March 2003.

On Tuesday, the head of the American Delegation, James Kason declared that the Cuban foreign ministry sent for him and ordered him to remove the decorations at once or else the consequences will not be good.

- Castro is challenging America despite the fall.
- Washington is criticizing the resumption of communications between Spain and Cuba.
- Europe is discussing resumption of talks with Cuba.
- Chavez describes Bush that he is the biggest problem of the world.
- Fidel Castro / the Cuban President

Attachments (comments) from the Archives

- Spain seeks to improve the European Cuban relations

The Most Important News of the Main Page

- Accusing Baghdad and Washington of torturing the Iraqis and taking no notice of them.
- Abbas violates the truce and Israel replies by building the wall.
- Israel is confiscating the lands in Jerusalem under the pretence of absentee ownership.
- South Sudan Parliament sanctifies the peace treaty.
- The West is sympathetic with Israel in remembrance of the Holocaust.

**Page 2 Of 2 The News – International – In Reply to the American Propaganda, Cuba is Publishing the Pictures of Torture in Iraq**

Mobile

Excitement Does Not Wait

Subscribe Now

Although the American Delegation did not make any comments Regarding these propaganda developments between the 2 sides, Washington confirmed once more its support to those who oppose president Castro. The spokesman from the American Ministry of Foreign Affairs said that it is appropriate to remember those who were exposed to suppression because of their political opinions in reference to the Cuban prisoners.

It is indicated that Cuba does not have diplomatic relations with the United States since the year 1961. But the two countries inaugurated two sections in the interest of both countries to perform the duties of the consulate and exchange the minimum level of information.

The Source: The French

Arabic/International/Economics/Sports/Culture and Art/Medicine and Health/Miscellaneous/Reports and Analysis/A press Tour/Caricature

All Copyrights are reserved 2000-2005 A.D. (See the contract to use the site)

http://www.aljazeeranet/nr/exeres/761DECFB-ECCD-45AF-97E1-A734082FDFE4htm

1/24/2005

الجزيرة.نت | الأخبار | الفضائية | المعرفة | الأعمال
ابحث عن | في الجميع
العضوية | من نحن | إلى الجزيرة | مركز المساعدة | خريطة الموقع
خدمات الموقع

مساحة إعلانية

الأخبار

الأحد 1425/10/22 هـ - الموافق2004/12/5 م (آخر تحديث) الساعة 23:42 (مكة المكرمة)، 20:42 (غرينتش)

الصفحة الرئيسية: دولي

دولي

بعضها التقط عاما قبل فضيحة أبو غريب

## الجيش الأميركي يحقق في صور تعذيب جديدة



الصور تم حذفها من موقع الإنترنت بمجرد أن توصل لها الجيش الأميركي

بدأ الجيش الأميركي التحقيق في عشرات من الصور نشرت على موقع على الإنترنت تظهر جنودا أميركيين وهم يسيؤون معاملة مجموعة من المعتقلين في العراق.

وتظهر إحدى الصور -التي يبدو أنها أخذت بعيد عملية مداهمة وتم حذفها بسرعة من الموقع الذي نشرت فيه- مجموعة من قوات البحرية الأميركية الخاصة (SEALS) جاثمين فوق صدر سجين عراقي غطي وجهه وقد صوب مسدس إلى رأسه المضرج بالدماء.



وتظهر صورة أخرى جنديا وقد وضع جزمته العسكرية فوق صدر سجين عراقي بينما يبدو جنود أميركيون في صورة أخرى يبتسمون ابتسامات عريضة وهم يتداولون الجثوم على صدر سجين عراقي في إحدى العربات.

وذكرت وكالة أسوشيتدبرس أنها تسلمت الصور من امرأة قالت إنها أخذتها من

متعلقات

- البنتاغون يرفض دعوى قضائية بألمانيا ضد رمسفيلد
- تقرير للصليب الأحمر: ممارسات واشنطن في غوانتانامو توازي التعذيب
- معتقلون سابقون بغوانتانامو يقاضون رمسفيلد وأعوانه

متعلقات من الأرشيف

- مصادر أميركية تكشف شيوع التعذيب بغوانتانامو
- تورط شركتين أميركيتين بتعذيب سجناء أبو غريب

أهم أخبار الصفحة اليوم

- اتهامات لبغداد وواشنطن بتعذيب العراقيين والتغاضي عنه
- عباس يحقق اختراقا بالهدنة وإسرائيل ترد ببناء الجدار
- إسرائيل تصادر أراضي القدس تحت غطاء قانون أملاك الغائبين
- برلمان جنوب السودان يصادق على اتفاقية السلام
- الغرب يسبغ عطفه على إسرائيل في ذكرى "المحرقة"

ابحث في الأخبار

- وظائف شاغرة
- الجزيرة موبايل
- خدمة استقبال ونشر الأخبار






ألبوم زوجها العائد من العراق.

قوانين القوات الخاصة للبحرية الأميركية تحظر التقاط صور تذكارية للأسرى

**عام قبل أبو غريب**

وتظهر في الصور تواريخ تشير إلى أن بعض الصور التقطت في مايو/أيار 2003 أي حوالي عام قبل أن تظهر للعلن صور التعذيب في أبو غريب.

وقال ناطق باسم القوات الخاصة في البحرية الأميركية بكاليفورنيا الرائد ريف بندر إن الصور سلمت إلى مصلحة التحقيقات، كما سيتم البحث لمعرفة كيفية وصولها إلى الانترنت.



أبو غريب قد لا يكون إلا الفصل الثاني من الممارسات الأميركية في العراق (الفرنسية-أرشيف)

وأضاف بندر أن الصور تخرق في أقل الأحوال قوانين العمل داخل القوات الخاصة التي تمنع التقاط أفرادها صورا لأنفسهم أو لمعتقلين إلا لأغراض استخباراتية أو إدارية.

وتظهر في بعض الصور وجوه ورتب أفراد من قوات الـSEALS والذين يفترض أن تبقى هوياتهم ومكان وجودهم سرا، إذا إن العديد من أفراد القوة المقدرة بـ 2400 رجل يشاركون في العمليات السرية التي تقوم بها وكالة الاستخبارات المركزية الأميركية في مناطق مختلفة من العالم.

وقد أثار ظهور هذه الصور الجديدة جدلا قانونيا بين من يعتبرها مجرد "تصرف مراهقين" لا يرقى بالضرورة إلى جريمة، وبين من يعتبرها خرقا لمعاهدة جنيف التي تمنع في أقل الأحوال التقاط صور تذكارية لأسرى الحرب.

المصدر: وكالات



جميع حقوق النشر محفوظة 2000-2005م (انظر اتفاقية استخدام الموقع)

الجزيرة.نت | الأخبار | الثقافية | المعرفة | الأعمال

ابحث عن ... في الجميع

العضوية | من نحن | إلى الجزيرة | مركز المساعدة | خريطة الموقع

خدمات الموقع

مساحة إعلانية

الأخبار

الاثنين 1425/11/8 هـ - الموافق 2004/12/20 م (آخر تحديث) الساعة 1:41 (مكة المكرمة)، 22:41 (غرينتش)

الصفحة الرئيسية: دولي

دولي

ابحث في الأخبار

- وظائف شاغرة
- الجزيرة موبايل
- خدمة استقبال ونشر الأخبار




# كوبا ترد على دعاية أمريكية بنشر صور التعذيب بالعراق



صور التعذيب بسجن أبو غريب بلافتة أقيمت أمام مقر البعثة الأميركية بهافانا (الفرنسية)

ردت السلطات الكوبية اليوم بطريقتها الخاصة على زينة أعياد الميلاد التي أقامتها البعثة الدبلوماسية الأميركية في هافانا وتضمنت إشارة لمعارضي النظام الكوبي، وذلك بتعليق صور لأعمال التعذيب بسجن أبو غريب بالعراق.

إذ تم تعليق لافتة ضخمة أمام مقر البعثة الأميركية في شارع ماليسون الشهير المقابل للبحر تتضمن صورا لجنود أميركيين في سجن أبو غريب، في حين كتب على اللافتة شعار "فاشيون من صنع الولايات المتحدة الأميركية".

كما علقت صورة أخرى بجانب المدخل العمومي للمبنى يظهر فيها أحد جنود المارينز وهو يصوب سلاحه على رأس طفل مع عبارة "عيد ميلاد سعيد".

وكانت البعثة الأميركية قد علقت على واجهة المبنى وبين زينة عيد الميلاد حلقة براقة أحاطت برقم 75 في إشارة إلى عدد معارضي نظام فيدل كاسترو المعتقلين هناك منذ مارس/ آذار 2003.

وكان رئيس البعثة الأميركية جيمس كاسون أعلن الثلاثاء أن وزارة الخارجية الكوبية استدعته وأمرته بنزع الزينة فورا وإلا "ترتبت على ذلك عواقب".

متعلقات

- كاسترو يتحدى أميركا رغم السقوط
- واشنطن تنتقد عودة الاتصالات بين إسبانيا وكوبا
- أوروبا تبحث العودة إلى الحوار مع كوبا
- شافيز يصف بوش بأنه أكبر مشكلة العالم

- فيدل كاسترو / الرئيس الكوبي

متعلقات من الأرشيف

- إسبانيا تسعى لتحسين العلاقات الكوبية الأوروبية

أهم أخبار الصفحة الرئيسية

- اتهامات لبغداد وواشنطن بتعذيب العراقيين والتغاضي عنه
- عباس يحقق اختراقا بالهدنة وإسرائيل ترد ببناء الجدار
- إسرائيل تصادر أراضي القدس تحت غطاء قانون أملاك الغائبين
- برلمان جنوب السودان يصادق على اتفاقية السلام
- الغرب يسبغ عطفه على إسرائيل في ذكرى "المحرقة"




ورغم أن البعثة الأميركية لم تدل بأي تعليق على هذه التطورات الدعائية بين الجانبين، أكدت واشنطن من جديد تأييدها لمعارضي الرئيس كاسترو، إذ قال المتحدث باسم وزارة الخارجية الأميركية إنه من المناسب تذكر أولئك الأشخاص الذين تعرضوا للقمع بسبب آرائهم السياسية، في إشارة إلى السجناء الكوبيين.

يشار إلى أن كوبا لا تقيم علاقات دبلوماسية مع الولايات المتحدة منذ العام 1961 لكن البلدين فتحا قسمين لرعاية المصالح في كلا البلدين للقيام بالمهام القنصلية وتبادل الحد الأدنى من المعلومات.

المصدر:الفرنسية



جميع حقوق النشر محفوظة 2000-2005م (انظر اتفاقية استخدام الموقع)

Continental Interpreting Services, Inc.

WESPEAKYOURLANGUAGE.COM

DECLARATION OF INTERPRETER/TRANSLATOR

I, Fawzi Halaka, working as a freelance certified Arabic translator for Continental Interpreting Services, declare that February 3,2005 I translated the following:

- Internet articles

I have translated the aforementioned articles from the webpage (www.iraqpatrol.com) on (2/3/2005 @ 10:00 am).

I am court certified as required by California Evidence Code § 751 (d), which requires an Interpreter to be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of the Government Code § 68560.

My certification number is 300181.

My business address is Continental Interpreting Services, Inc. 3111 N. Tustin Av. Suite 235, Orange, California 92865. My business phone is (800) 201-7121.

I, Fawzi Halaka, certify that the documents translated herein were translated by me from ARABIC into ENGLISH, and that I am competent, fluent and accurate in both, oral and written ENGLISH and ARABIC. I attest that the translation is accurate to the best of my knowledge.

I hereby certify under penalty of perjury, under the laws of the state of California that the foregoing is true and correct. Dated and signed on December 27, 2004, in California.

Fawzi Halaka
Arabic Interpreter/Translator

WWW.Iraqpatrol.com

Iraq Patrol
The Word…A spark of resistance

Main Page Archives Resist with us Our Message The Aid Search Display of pictures The Calendar

The Latest News …. Former inspector Scott Writer: " We are all criminals"… Like thieves: smuggling the injured]

Welcome (Entry/Registration)

Resending the petition for authorization

Iraq Patrol > Main Issues > Latest News


IT consulting Tips
FREE secrets help get consulting clients

Computer ?Cable Mess
Organize the unsightly cable .clutter

Free<. !20g Ipod
-- >
Only 4 Left, Give Your Email, Get 1 !Now

Plasma TV, Computer
Bad credit Financing OK- From $22 a month

Weight Loss Software
Lose weight with FitDay diet .software

Your ad here


Adding a reply A New Subject Referendum

Pictures of the Torture of the Iraqi Prisoners…(New Pictures)

"Tell me what is new about the subject" "Send the subject to a friend" "Print the subject"

IPModerator Written on Dec 3 2004, 11:45 PM Quotation

The Patrol Supervisor

The Group: Admin
Subscriptions: 1107
Registration: 13-March 04
Membership No.: 409
Status:

4-12-2004
The Iraq Patrol Translation
The Associated Press

The Associated Press found a personal website on the Internet belonging to an American woman. It has pictures for people from the American navy abusing the humanity of the Iraqi prisoners.

Some of the pictures were dated May 2003, which suggests that the Abu Ghureib violations go back to the beginning of the occupation and not as the American administration alleges.

The owner of the website said that she got these pictures from her husband who visited Iraq last year. The Associated Press showed the pictures to the leadership of the American Navy who promised to investigate the case at

Place:
Country:
Gender:

once.
The pictures were removed from the personal website. Nevertheless, the Associated Press kept copies of them.
Some of these pictures:

user posted image
---
user posted image
---
user posted image
---
user posted image

--------------------------

The Arab countries are my homeland...From Syria to Baghdad
And from Nejd to Yemen ... To Egypt

For the new members and visitors, please press here. It is important.

Email Poster PM

Al Abgar Written on Dec 4 2004, 09:33 PM Quotation

A major (pioneer) resistant

The Group: Members
Subscriptions: 728
Registration: April 04-7
Membership No.: 574
Status:
Place: Do not give pleasure with humiliation, but give me a drink from the cup of colocynth with honor.
Country:

Gender: Male

Picture 1

Picture 2

Picture 3

[Size = 8] You all examine closely the appearance and features of this agent/representative and you will know who is abusing our Iraqi mujahedeen brothers. May God grant them victory! [Color]

PM Email Poster Website Integrity Messenger Yahoo

Osama 56 Written on Dec 4 2004, 11:11 PM Quotation

A New Resistant

Group: Members
Subscriptions: 14
Registration: February-1 04
Membership No.: 271
Status:
Place:
Country:
Gender: Male

Peace be with you. (Greetings)

We would like you to pay attention to that whenever the infidels and their dogs are inflicted with calamities, they attack us with a media propaganda to cover up the scandal of their escape and defeat...

In their first defeat in last April in the instigating Al Fallujah, they did the first Abu Ghureib crime to cover up their cowardice and their escape, in addition to keeping the attention of the mass-media agents with this propaganda from reality of their defeat. Now, in their second in Al Fallujah, they make this scandal to distract (disturb) us or else, who does not know what the criminals do to the mujahedeen and the innocent people in their prisons and outside them as well??????? Why weren't these pictures there while fighting the army of the deceased Mahdi?????? In Al Najaf and even after it when they sold their weapon??? We say to the crusaders and their colocynth traitor dogs that we will take vengeance upon you, uproot you and destroy your power as God All Mighty ordered.

- Those who treat with injustice will know that they will be destroyed with the same weapon.

PM Email

Hodah Mohammed Written on Dec 5 2004, 5:13 AM Quotation

An active resistant

[b] Goddamn them, Goddamn them and all those who support them.

I swear we have to attack all the Americans everywhere the young and the old --- Yes, we are terrorists if terrorism means taking revenge for our dignity. God will avenge on our behalf.

God, set us free and help us to stand up for our brothers. [b/]

The Group: Members
Subscriptions: 359
Registration: February-2 04
Membership No.: 272
Status:
Place:
Country:
Gender: Male

Gamal Abdel Nasser said: " The nations who bargain on their freedom with a colonist sign the contract of their slavery at the same time."

PM Email

Al Abgar
A major resistant

Written on Dec 5 2004, 05:35 AM

Quotation

The Group: Members
Subscriptions: 728
Registration: April 04-7
Membership No.: 574
Status:
Place: Do not give pleasure with humiliation, but give me a drink from the cup of colocynth with honor.
Country:

Picture

Picture

PM Email Poster Website IM Integrity Messenger Yahoo

The inflamed Written on Dec 5 2004, 09:35 AM Quotation

A new resistant God is generous. The day will come when we avenge from all, God willing.

The Group: Members
Subscriptions: 29
Registration: -15
November 04
Membership No.: 3060
Status:
Place:
Country:
Gender: Male

Email Poster PM

The No, of the current readers for this subject "1" (The visitors "1"- The disguised "0")

The Members (0):

<<The former subject / Latest News / The Following Subject>>

Adding a reply New subject Referendum

Subject Selections

Latest News Go!


| | | | | |
|---|---|---|---|---|
| Computer ?Cable Mess | Weight Loss Software | Free<. !20g Ipod | Plasma TV, Computer | IT consulting Tips |
| Organize the unsightly cable .clutter | Lose weight with FitDay diet .software | -- > Only 4 Left, Give Your Email, Get 1 ! Now | Bad credit Financing OK- From $22 a month | FREE secrets help get consulting clients |

Your ad here


Search Coogle

[Script Execution time: 0.1210] [12 queries used] [GZIP Enabled]

. Powered by Invision Power Board (U) v1.2 C 2003 IPS, Inc

The IB Kingdom

Search pay per click, submission, logo design, search engines submission, web marketing, e-commerceiogo design, search engines submission, web marketing, e-commercemake
Money online, web marketing submit to many search engines banner exchange, drive traffic to your website

Main Page Archives Resist with us Our Message The Aid Search Display of pictures The Calendar

Top Nas
TopNas.com

The Arabic commercial exchange for the TopNas website

The Arabic dream




الصفحة الرئيسية | الأرشيف | قاوم معنا | رسالتنا | المساعدة | البحث | معرض الصور

آخر الأخبار

:::: المفتش السابق سكوت ريتر: "جميعنا مجرمون" :::: كاللصوص: تهريب الجرحى إ

مرحبا بك ( دخول | تسجيل ) إعادة إرسال طلب التصديق

دورية العراق -> المواضيع الرئيسية -> اخر الاخبار

IT Consulting Tips
FREE secrets help get consulting clients

Computer ?Cable Mess
Organize the unsightly cable .clutter

Free<-- !20g Ipod -->
Only 4 Left, Give Your Email, Get 1 !Now

Plasma TV, Computer
Bad Credit Financing OK- From $22 a month

Weight Loss Software
Lose weight with FitDay diet .software

Your ad here

إضافة رد | موضوع جديد | استبيان

صور تعذيب لمعتقلين عراقيين... (صور جديدة)

«أخبرني بجديد هذا الموضوع» | «إرسال الموضوع لصديق» | «طباعة الموضوع»

IPModerator

مشرف الدورية



المجموعة: Admin
المشاركات: 1107
التسجيل : March-13 04
رقم العضوية.: 409
الحالة :

كتب في : Dec 3 2004, 11:45 PM

2004-12-4

ترجمة دورية العراق

الأسوشيتد برس

وجدت الأسوشيتد برس موقعا شخصيا على الإنترنت تملكه سيدة أمريكية عليه صورا لأفراد من البحرية الأمريكية ينتهكون أدمية معتقلين عراقين.

بعض الصور كانت تحمل تاريخا يعود لشهر مايو 2003 وهو ما يرجح بأن الإنتهاكات في ابو غريب تعود لبداية الإحتلال وليس كما تدعي الإدارة الأمريكية.

صاحبة الموقع قالت بأنها حصلت على الصور من زوجها الذي زار العراق العام الماضي.

وقد قامت الأسوشيتد برس بعرض الصور على قيادة البحرية الأمريكية التي وعدت بإجراء تحقيق فوري القضية.

المكان :

البلد :

الجنس :

وعلى الفور تم إزالة الصور من على الموقع الشخصي، وإن كانت وكالة الاسوشيتد برس إحتفظت بنسخ بعض تلك الصور:

user posted image

---

user posted image

---

user posted image

---

user posted image

--------------------

بلاد العُرب أوطاني ... من الشـــام لبغدان
ومن نـــجدٍ إلى يمنٍ ... إلى مصرَ فتطوان

الأعضاء الجدد والزوار، الرجاء الضغط هنا للأهمية

الأبجر

مقاوم رائد

كتب في : Dec 4 2004, 09:33 PM

المجموعة: Members

المشاركات : 728

التسجيل : 7 -April 04

رقم العضوية.: 574

الحالة :

المكان : لاتسقني كأس الحياة بذلةٍ..بل فسقني بالعز كأس الحنظلي

البلد : [redacted]

الجنس :







[SIZE=8]دققـــــوا في شكل وملامح هذا العميـــــل وستعرفون من يقوم بتعذيب إخواننا العراقيين المجاهدين نصرهم [color

**osama56**
مقاوم جديد

| | |
|---|---|
| المجموعة: Members | |
| المشاركات : 14 | |
| التسجيل : 1 -February 04 | |
| رقم العضوية.: 271 | |
| الحالة : | |
| المكان : | |
| البلد : | |
| الجنس : | |

كتب في : Dec 4 2004, 11:11 PM

السلام عليكم وبعد
نرجوا الانتباه الى أنه وكلما دارت على الكفار وكلابهم الدوائر خرجوا علينا بضجة إعلامية لتغطية فضيحة هروبهم وخيبة سعيهم ..
ففي إندحارهم الاول في نيسان المنصرم في الفلوجة الغراء خرجوا علينا بجريمة ابي غريب الاولى لتغطية جبنهم وهروبهم ولإشغال وسائل الاعلام العميلة بهذه الضجة عن حقيقة إندحارهم... والان وفي إندحارهم الثاني في الفلوجة يخرجوا علينا بـ الفضيحة لمشاغلتنا ... وإلا من لا يعرف ما يفعلة المجرمون بالمجاهدين والابرياء في سجونهم وخارجها ؟؟؟؟؟؟؟ولماذا لم تـ هذه الصور اثناء قتال جيش المهدي المرحوم؟؟؟؟؟لا في النجف ولا بعدها عندما باعوا سلاحهم ؟؟؟ ونقول للصلبيين وكلابهم العلاقمة الخونة سنقتص منكم ونجتثكم ونخضد شوكتكم كما أمر الله سبحانه
- وسيعلم اللذين ظلموا أي منقلب ينقلبون -

**هدى محمد**
مقاوم عامل

كتب في : Dec 5 2004, 05:13 AM

[b]الله يلعنهم الله يلعنهم ويلعن كل من ساندهم

والله لازم نهاجم كل الامريكين في كل مكان....
صغارهم وكبارهم.... نعم نحن ارهابين اذا الارهاب هو الثأر لكرامتنا..
حسبنا الله ونعم الوكيل..
اللهم فك قيدنا وأعنا في نصرة اخواننا[/b]

| |
|---|
| المجموعة: Members |
| المشاركات : 359 |
| التسجيل : 2 -February 04 |
| رقم العضوية.: 272 |
| الحالة : |
| المكان : |
| البلد : |
| الجنس : |

---------------------
(إن الشعوب التي تساوم المستعمر على حريتها توقع في نفس الوقت وثيقة عبوديتها)
جمال عبد الناصر

الأبجر

مقاوم رائد

كتب في : Dec 5 2004, 05:35 AM



| |
|---|
| المجموعة: Members |
| المشاركات : 728 |
| التسجيل : 7 -April 04 |
| رقم العضوية.: 574 |
| الحالة : |
| المكان : لاتسقني كأس الحياة بذلة..بل فسقني بالعز كأس الحنظلي |
| البلد : |
| الجنس : |




الملتهب

مقاوم جديد

كتب في : Dec 5 2004, 09:35 AM

الله كريم يجي اليوم اللي نقتص من الكل انشاء الله

| |
|---|
| المجموعة: Members |
| المشاركات : 29 |
| التسجيل : 15 - November 04 |
| رقم العضوية.: 3060 |
| الحالة : |
| المكان : |
| البلد : |
| الجنس : |

عدد القراء الحاليين لهذا الموضوع «1» (الزوار «1» - المتخفين «0»)

الأعضاء (0):

« الموضوع السابق | اخر الاخبار | الموضوع التالي »

اخر الاخبار - | إذهب!

**Computer ?Cable Mess**
Organize the unsightly cable .clutter

**Weight Loss Software**
Lose weight with FitDay diet .software

**Free<-- !20g Ipod -->**
Only 4 Left, Give Your Email, Get 1 !Now

**Plasma TV, Computer**
Bad Credit Financing OK- From $22 a month

**IT Consulting Tips**
FREE secrets help get consulting clients

Your ad here

Search | Google

[ Script Execution time: 0.1210 ] [ 12 queries used ] [ GZIP Enabled ]

.Powered by Invision Power Board(U) v1.2 © 2003 IPS, Inc

مملكة الآي بي

search pay per click , submisision ,logo design . search engines submission , web marketing . e- commercelogo design . search engines submission , web marketing . e- commercemake money online , web marketing submit to many search engines banner exchange , drive traffic to your website

الصفحة الرئيسية | الأرشيف | قاوم معنا | رسالتنا | المساعدة | البحث | معرض الصور | التقويم



التبادل الاعلانى العربى لموقع توب ناس

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

I need a degree in:
Find The Right School
Accounting
Criminal Justice
Health
Business
Education
Technology
GO



## IRAQ ABUSE SCANDAL

• TIMELINE OF EVENTS • SLIDE SHOW OF ABUSE PHOTOS • ARMY REPORT

# Navy: Some SEALs photos for intel purposes

**Approved tactics alleged in inquiry's preliminary finding**



AP

A photo posted on a commercial photo-sharing Web site appears to show a subject constrained by U.S. military personnel.

The Associated Press
Updated: 11:47 p.m. ET Dec. 6, 2004

SAN DIEGO - Preliminary findings of a military inquiry suggest that some of the recently published photographs of Navy special forces capturing prisoners in Iraq were taken for legitimate intelligence-gathering purposes and showed commandos using approved procedures, a Navy spokesman said Monday.

advertisement

The photos, which have drawn a strong reaction in Arab

CONFLICT IN IRAQ

**Newsbot**

**Search MSNBC:** GO

**Advanced Search**

Advertisement

**MSN SHOPPING**

**Editors' Picks**



**Columns**
- Beach beauty
- Dos & Don'ts
- Fashion trends
- Weight-loss

**RESOURCE GUIDE**
- Buy Life Insurance
- expedia.com
- Shopping
- Small Business Tips

media, also appear to show Navy SEALs sitting or lying on top of hooded and handcuffed prisoners in the back of a pickup truck.




**IRAQ: A NEW CHAPTER**
- In their own words: Soldiers on the war
- Images: Embedded with the Marines
- Top NBC videos
- U.S. coalition deaths
- FULL COVERAGE

Citing the ongoing investigation, a spokesman for the Naval Special Warfare Command in Coronado declined comment on the pickup truck pictures, among 40 images of prisoners which an Associated Press reporter found on a commercial photo-sharing Web site posted by a woman who said her husband brought them from Iraq.

Senior officers at the SEALs headquarters said other photos are "consistent with the use of tactics, techniques and procedures in the apprehension of detainees," Navy Cmdr. Jeff Bender said.

### 'Identification purposes'

He cited as an example a photo in which a uniformed man is holding the head of a prisoner to pose him for a picture for "identification purposes." A gun with an attached flashlight is being used to illuminate the prisoner's face for the photograph, Bender said.

Taking photos of prisoners for administrative or intelligence purposes is an exception to Navy regulations that generally forbid unofficial photos of prisoners of war.

In another photo, a commando standing with upraised fists next to a prisoner is using hand signals to communicate with other troops who do not appear in the image, according to Bender.

The two photos are part of a larger group of mug shots of prisoners, whose faces were blacked out in the pictures posted online. Some drip blood, which experts on the law of war said was not by itself a sign of abuse. It was unclear whether the prisoners resisted capture by Navy special forces.

"No one knows what's on the other side of the door," Bender said, adding that the inquiry is ongoing.

Some of the people in the photos have been identified as SEALs, Bender said.

**Earlier than Abu Ghraib?**
Date stamps on some of the photos suggest they were taken in May 2003, which could make them the earliest evidence of possible abuse or questionable handling of prisoners in Iraq. The far more brutal practices photographed inside Abu Ghraib prison occurred months later.

It is unclear who took the pictures, which the Navy began investigating after the AP furnished copies to get comment for a story first published Friday.

The photos were widely published in Arab media, including one on the front page of the daily Egyptian newspaper Al-Ahram showed three hooded prisoners pressed against one another on a floor with what appear to be white sheets wrapped around their torsos. The photo caption read: "Signs of a new scandal."

*© 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

PRINT THIS EMAIL THIS BLOG THIS

**MORE FROM IRAQ ABUSE SCANDAL**

Next → **Iraq Abuse Scandal Section Front**

- CIA loses bid to keep records secret
- Navy documents detail abuse claims
- Article 32 investigation fact sheet
- Iraq Abuse Scandal Section Front

**TOP MSNBC STORIES**

- Benedict XVI: German cardinal elected pope
- NBC papal video gallery
- New pope a conservative
- Silent tributes in Okla. City
- Court hears BTK case details

**MSNBC TV HIGHLIGHTS**

- Your reactions to the new pope
- Matthews: Ratzinger resonated
- Citizens remember Okla.
- McVeigh's father on a different loss
- Inside the FBI during the tragedies

advertisement




**palmOne(tm) Zire(tm) 31 Handheld**
**$129.00**
Bright Color Screen 16MB of Memory Expansion Slot Life is best seen in color. Take the Zire(tm) 31 handheld from palmOne, for example. With its bright, colorful screen, it turns your busy schedule into a dazzling display. Keep your ...
Palm Store

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

PressClub MEMBER BENEFITS ☆ Subscribers can view tomorrow's Stuff Classifieds each evening SIGN IN SUBS

SEARCH SACBEE AND SACTICKET

SEARCH YELLOW PAGES AT sacramento.com Go!

| News | Sports | Business | Politics | Opinion | Entertainment | Lifestyle | Travel | Women | Classifieds | Homes | Cars | Jobs | Shopping | (

MEMORIES

Sacbee: / 24-Hour News / Iraq SUBSCRIBE: Internet Subscription Sp

Sections: 24-HOUR NEWS
· Breaking News
BEE COVERAGE
· Iraq-Related News
· Desert Storm
MULTIMEDIA
· Audio Reports
· Bee Photos Slide Show
· Wire Photos Slide Show
· Weather/Info Map

BEE HOME DELIVER
JUST $2.50 PER WEE
The Sacramento

# 24-Hour News IRAQ

Special Proj
THE BEE'S IN-DEPTH COVER

## Navy keeps tight lid on SEAL identities

**By SETH HETTENA, Associated Press**
***Last Updated 3:34 am PDT Wednesday, September 29, 2004***

SAN DIEGO (AP) - When Marine reservists were implicated last year in the abuse of Iraqi detainees at a makeshift lockup outside Nasiriyah, their names were quickly released. And it wasn't long before the public learned the names and backgrounds of U.S. soldiers seen grinning in photos taken at the Abu Ghraib prison.

But the Navy is keeping a much tighter lid on the identity of seven of its elite SEAL commandos who have been charged with assaulting Iraqi prisoners. Few details have been released since charges were first announced Sept. 2.

Navy Capt. Raul A. Pedrozo, the judge advocate for Naval Special Warfare Command in Coronado, where the SEALs are based, denied a Freedom of Information Act filed by The Associated Press requesting the identities of the accused and additional details. Among the reasons Pedrozo cited was that U.S. law exempted identities of members of "sensitive units" from disclosure.

COLDWELL BANKER
NORTHERN CALIFORNIA
California moves.com
View MLS listings throughout Northern California

The enormous volume of classified evidence may be complicating things, said John Tranberg, a civilian defense attorney who is representing one of the SEALs charged in the case, an enlisted sailor whom he declined to name.

Current time in Baghdad
7:01 p.m. Tuesday

**Interactive Map**
Visit sacbee.com's Conflict With Iraq Interactive Ma for weather, time and current temperatures in the Middle E where U.S. troops have been deployed. The map also inclu information about the countri and about the major military facilities in the region.

**Slide Shows**
**Capture of Saddam Hussein**
**Wire Photos**
**Bee Photos**
**Audio Slide Show**

**Maps, Graphics**
Bridge to the Front: Military Action, Iraq Info
U.S. Military Arsenal

Map: U.S. targets Sadd

Iraq's inner circle

**Mail Call Video**
Airman 1st. Class Kev Hughes tries the new vi e-mail (Windows Media, 1.3MB)
Airman 1st. Class Kev Hughes: "Love you all" (Windows Media, 9
Video courtesy of USAF/Kevin Hughes

**Government Audio/Video**

The accused SEALs were members of "capturing units" taking part in sensitive operations in Iraq, often at the direction of the CIA, said Tranberg, who recently represented a Marine reservist convicted of abusing prisoners in Iraq. The SEALs ranged in rank from enlisted sailors to junior officers.

He declined to provide details.

Charges against the SEALs include aggravated assault with intent to cause death or serious bodily harm, obstruction of justice and conduct unbecoming an officer.

The Navy said some of the charges stem from the Nov. 4, 2003, death of Manadel Al-Jamadi, a suspect in an attack on the International Committee of the Red Cross office.

While subduing Al-Jamadi, a SEAL allegedly struck him on the side of the head with a gun butt. Two CIA personnel brought Al-Jamadi to the Abu Ghraib prison and put him in a shower room, where was found dead less than an hour later.

The military is usually loath to divulge details on the operations of its special forces, which are being used worldwide to fight terrorists. The hand of the CIA in the SEALs case poses an even thornier problem for military prosecutors - one that a defense attorney could exploit to his client's advantage, said John Hutson, a former judge advocate of the Navy from 1997 to 2000.

Defense lawyers handling extremely sensitive cases will ask to call covert CIA operatives into court "to make this case so painful to the government to prosecute that the government blinks," Hutson said.

"It's not unheard of that cases are dropped because they simply can't or won't provide the information to the accused or his defense counsel," said Hutson, president and dean of the Franklin Pierce Law Center in Concord, N.H.

Pedrozo said names of the SEALs will be provided if and when an Article 32 hearing - the military equivalent of a grand jury hearing - is convened. Releasing the names before then would constitute an unwarranted invasion of privacy and would deprive the accused of the right to a fair trial, he said.

The Navy has not yet assigned defense attorneys or an investigating officer in the case, said Cmdr. Jeff Bender, a spokesman for Naval Special Warfare Command. Those requests are pending.

The Sacramento Bee - Get the whole story every day - **SUBSCRIBE NOW!**

American Forces Radi
and Television Service
Newscasts
Live Briefings from th
Pentagon
Video: American Forc
Radio and Television
Service 2-Minute Report

**Facts, Speeches**
Bush gives Saddam 48
hours to leave Iraq

Text of President Bush's
speech

Video: President Bust
speech

Text of President's Bush
speech outlining Iraqi
threat

CIA Facts About Iraq

PDF: British Governmer
Assessment of Iraq's
Weapons of Mass
Destruction

Text of Congressional Jc
Resolution to Authorize
of Force Against Iraq

**Military Links**
U.S. Air Force
U.S. Army
U.S. Coast Guard
U.S. Marine Corps
U.S. Navy
Guard/Reserve Links

Department of Defense
Web site

**Peace Groups**
Sacramento-Yolo Peace
Action Events
Peace Center of Nevada
County
International A.N.S.W.E

**BACK TO TC**

News | Sports | Business | Politics | Opinion | Entertainment | Lifestyle | Travel | Women | Classifieds | Homes | Cars | Jobs | Shopping

Contact Bee Customer Service | Contact sacbee.com | Advertise Online | Privacy Policy | Terms of Use | Help | Site Map

GUIDE TO THE BEE: | Subscribe | Manage Your Subscription | Contacts | Advertise | Bee Events | Community Involvement

Sacbee.com | SacTicket.com | Sacramento.com

Copyright © The Sacramento Bee

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

SignOnSanDiego.com
BY THE UNION-TRIBUNE

Weather | Traffic | Surf | Maps | Webcam
Tuesday, Apr. 19, 2005

Home | Today's Paper | Sports | Careers | Homes | Autos | Entertainment | Forums | Services | Travel | Visitors Guide

SEARCH | Choose Category | GO

Planning Your
San Diego Getaway?



News
Metro
North County
Tijuana/Border
California
Nation
Mexico
World
In Iraq
War on Terror
Business
Education
Features
Health | Fitness
Military
Obituaries
Opinion
Politics
Science
Technology
Multimedia
Forums
Columnists
Weblogs
Special Reports
Solutions
Weather
U-T Daily Paper
U-T E-mail Edition
AP Headlines
Archives
E-mail Newsletters
Wireless Edition
Noticias en Español
Internet Access

# Court-martial postponed for SEAL accused of prisoner abuse

SAVE THIS | EMAIL THIS | PRINT THIS | MOST POPULAR

By Seth Hettena
ASSOCIATED PRESS

8:25 p.m. March 21, 2005

SAN DIEGO – A judge on Monday postponed court-martial proceedings for a Navy SEAL lieutenant accused of prisoner abuse in a case that implicates the CIA in the detainee's gruesome death at Abu Ghraib.

The unnamed SEAL is accused of punching an Iraqi detainee in the arm and allowing his men to abuse the prisoner, who later died during CIA interrogation at Baghdad's Abu Ghraib prison.

The lieutenant, who led a platoon from SEAL Team Seven in Coronado, faces charges of assault, dereliction of duty and conduct unbecoming an officer. He faces a maximum of nearly 12 years in prison, loss of pay and benefits, and dismissal from the Navy.

Advertisement




The trial was postponed by a Navy judge to give attorneys time to resolve several issues, including how they will use classified material and witnesses. A new trial date was expected to be scheduled for May or June.

Through his attorney, the lieutenant pleaded not guilty to all charges and requested a trial with a jury of Navy officers.

To protect the safety of terrorist-hunting SEALs, the Navy is identifying the lieutenant and fellow commandos in the courtroom by the first letter of their last names – a step experts on military law say is virtually unprecedented.

Swirling around the case are reports that point to the use of CIA interrogation tactics in the gruesome death of the detainee.

The SEALs acted as the CIA's warrant squad on dangerous "capture or kill" missions in Iraq, bursting into homes in the middle of the night and carting off suspects.

On the night of Nov. 4, they burst into al-Jamadi's apartment outside Baghdad, subdued him after a brief, violent struggle and whisked him back to their base at Baghdad's airport.

En route, the SEALs allegedly kicked, punched and struck al-Jamadi with the muzzles of

Mortgage Professionals
SCME MORTGAGE BANKERS




Quicklinks
Hotels | Restaurants
Bars | Travel
Singles | Weddings
Shopping | Coupons
Baja | Spas/Salons

Yellow Pages
Find a business... GO

Free Newsletters
Get Big News as it happens with SignOnSanDiego News Alerts



Enter email
Submit

Click here for cell phone alerts

Privacy Policy

Newspaper Ads
See the latest ads from the San Diego Union-Tribune

Services
Health | Financial
Eldercare | Legal

Give yourself the gift of knowledge.
The San Diego Union-Tribune.
And we'll reward you with a $20 Target® GiftCard.
The San Diego Union-Tribune.

their rifles. They also posed for photos with the hooded and handcuffed prisoner.

The SEALs turned al-Jamadi over to the CIA. A few hours later, he was dead.

Documents obtained by The Associated Press suggest that CIA personnel – not the SEALs – may be to blame for the prisoner's death. When he died, al-Jamadi was suspended by the wrists, which were handcuffed behind his back – a position that has been condemned by human rights groups as torture, according to investigative files from the Army and the CIA's Office of Inspector General.

A military pathologist told the Inspector General's office that the position al-Jamadi was in during interrogation was "part and parcel" of the homicide.

Careers
Find a Job...
Enter Job Keywords
GO
Homes
Find a Home...
Autos

Luminox Navy Seal Watch
Save On A Luminox Navy Seals Watch Low Price Guarantee - Fast Shipping

Luminox Watches-Save Big
Authorized Luminox Dealer Huge Discounts, Free Shipping

Ads by Goooooogle

Contact Us | Site Index | Online Media Kit | Make us your Homepage | Privacy Policy
Frequently Asked Questions | UTads.com | About the Union-Tribune | Contact the Union-Tribune

© Copyright 2005 Union-Tribune Publishing Co.

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdonline.com

free trial! | login | help | search

# smugmug terms of use

Welcome to smugmug! We love photography and for the most part this site is all about photos and camaraderie. For the protection of our partners, suppliers, you and us, however, the Terms of Use of smugmug.com are very important.

smugmug, inc., the owner and operator of smugmug.com, and its affiliates and suppliers (collectively "smugmug") provide their media hosting and related services (the "Services") to you subject to the following conditions. If you visit or purchase at smugmug.com, you accept these terms and conditions.

## SUBSCRIPTIONS

smugmug provides its media hosting services on an annual subscription basis. By subscribing to smugmug, you agree to pay all charges to your account in accordance with the selected level of service, and the billing terms in effect when payment is due. From time to time, smugmug may make introductory offers to allow you to try the hosting service without charge for a period of time. If you subscribe pursuant to such an offer, you agree to be automatically charged for your subscription at your level of service once your trial period expires, unless you terminate your account prior to 11:59 p.m. PST on the last day of your trial period. Your annual subscription period will begin once your introductory trial period ends.

smugmug reserves the right to modify or add additional fees and billing terms, upon prior notice to the member on our website. Information about smugmug's current subscription services and fees is available at www.smugmug.com/price. smugmug may change the Services it offers at any time.

Unless you terminate your account prior to the end of each annual period, your subscription will renew automatically, and the credit card designated on your account will be billed the applicable subscription fee for an additional one year term. Subscribers must keep their registered email addresses and other account information current, as smugmug may send important notices, such as reminders about the end of the annual period, to that email account. If you decide to upgrade to a higher level of service, the credit card designated on your account will be billed for the difference in price, prorated for the remainder of your term.

In connection with recurring billing for renewals or billing for upgrades, we may receive updated information about your account from the financial institution issuing your credit card. If we are unable to process your credit card payment, your account will be terminated at the end of its current term.

## TERMINATION

smugmug agrees to terminate your account at any time upon notice from you, at help@smugmug.com.

smugmug may terminate your account or your access to and use of the Services, with or without cause at any time and effective immediately, at smugmug's sole discretion, for any reason, including but not limited to your failure to conform with these Terms. If you violate these Terms, smugmug, in its sole discretion, may also elect to require you to remedy any violation of these Terms, and/or take any other actions that smugmug deems appropriate to enforce its rights and pursue all available remedies.

Upon your termination of your account, you will not recieve a refund for any subscription fees previously charged to, or still remaining, on your account. In the event we have to collect unpaid amounts owed to smugmug on your account, you will be liable for all attorneys' and collection agency fees.

## PRIVACY

smugmug has established a Privacy Policy to explain to you how your information is collected and used. Your use of the smugmug website or the Services signifies acknowledgement of and agreement to our Privacy Policy.

If you are a resident of the European Union, you understand and agree that smugmug stores and processes your information on computers located in the United States, and by providing any data to smugmug, you consent to the transfer of such information to the United States.

You acknowledge and agree that smugmug may disclose your personal information if required to do so by law or in the good faith belief that such disclosure is reasonably necessary to comply with legal process, to carry out these Terms, or to protect the rights, property, or personal safety of smugmug, its employees, users and third parties, and the public.

## ELECTRONIC COMMUNICATIONS

When you visit smugmug.com, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail to your registered email address or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## COPYRIGHT

All content included on this site, such as text, graphics, logos, icons, images, photographs, audio clips, video clips, digital downloads, data compilations, and software, is the property of smugmug, or its subscribers who upload photographs or other media, or its content and software suppliers and is protected by United States and international copyright laws. smugmug's selection, coordination and arrangement of all content on this site is the exclusive property of smugmug, and is protected as a compilation by U.S. and international copyright laws. All software used on this site or in conjunction with the Services is the property of smugmug or its software suppliers and is protected by United States and international copyright laws.

## LICENSE AND SITE ACCESS

smugmug grants you a limited license to access and make personal use of this site but not to download (other than page caching) or modify it or any portion of it, except with the express written consent of smugmug, inc. This license does not include any resale or commercial use of this site or its contents. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold,

visited, or otherwise exploited for any commercial purpose without express written consent of smugmug, inc. Any unauthorized use terminates the permission or license granted by smugmug.

You are granted a limited, revocable, and nonexclusive right to create hyperlinks to smugmug pages so long as the links do not portray smugmug or its suppliers or their products or services in a false or misleading manner.

## ACCOUNT SECURITY

If you subscribe to smugmug's hosting service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. You further agree to immediately notify smugmug of any unauthorized use of your account or any other breach of security known to you.

smugmug uses industry standard security measures to protect the loss, misuse and alteration of the information under our control. Although we make good faith efforts to store the non-public information collected by the smugmug website in a secure operating environment that is not available to the public, we cannot guarantee complete security. Further, while we make every effort to ensure the integrity and security of our network and systems, we cannot guarantee that our security measures will prevent third-party "hackers" from illegally accessing our site.

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

Use of the Services by you is subject to all applicable local, state, national and international laws and regulations. You may post reviews, comments, suggestions, bugs, ideas, questions, or other information (collectively "Content"), so long as the Content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." smugmug reserves the right (but not the obligation) to remove or edit Content, but does not regularly review posted Content.

## LICENSE GRANTED BY USERS

smugmug does not claim ownership in the photographs, videos or other media created or uploaded by Subscribers ("Media"). smugmug will not resell Media to third parties. Unless we indicate otherwise, if you upload Content, including any Media, to the smugmug site, you grant smugmug a nonexclusive, royalty-free right to publish, distribute and display the Content as we deem appropriate in providing the Services authorized or requested by you, including the right to use the name that is submitted in connection with such Content. You further understand and agree that, in order to help ensure smooth operation of our system, we may keep backup copies of Content indefinitely.

You represent and warrant that you own or otherwise control all of the rights to the Content (including without limitation Media) that you post; that use of the Content you supply does not violate these Terms of Use and will not cause injury to any person or entity; and that you will indemnify smugmug for all claims resulting from Content you supply. smugmug has the right but not the obligation to monitor and edit or remove any activity or Content. You understand and agree that smugmug takes no responsibility and assumes no liability for any Content posted by you or any third party.

## COPYRIGHT COMPLAINTS

smugmug respects the intellectual property rights of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please contact smugmug's agent for notice of claims of copyright or other intellectual property infringement ("Agent"), at copyrightagent@smugmug.com or Copyright Agent, smugmug, 248 Walker Drive, #8, Mountain View, CA 94043.

Please provide our Agent with the following Notice:

(1) Identify the copyrighted work or other intellectual property that you claim has been infringed;

(2) Identify the material on the smugmug site that you claim is infringing, with enough detail so that we may locate it on the website;

(3) A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

(4) A statement by you declaring under penalty of perjury that (a) the above information in your Notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner;

(5) Your address, telephone number, and email address; and

(6) Your physical or electronic signature.

smugmug's Agent will forward this information to the alleged infringer.

## NUDITY

smugmug must remain a safe site for families with children, so we prohibit the uploading and display of photographs or other Media portraying explicit nudity that would be unacceptable in a public museum where minors visit, for example. If your photos would only be suited for adult sites, adult magazines, or R-rated movies, they are not suitable for smugmug. Judgement of suitable Media is the sole discretion of smugmug, and smugmug reserves the right to delete any photographs or other Media it deems to violate this policy and/or to cancel the account of any subscriber who posts photos or other Media violating this policy.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THIS SITE IS PROVIDED BY smugmug ON AN "AS IS" AND "AS AVAILABLE" BASIS. smugmug MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, PRODUCT DESCRIPTIONS OR PRODUCTS INCLUDED ON THIS SITE YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, smugmug DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR

PURPOSE. TO THE FULLEST EXTENT PERMITTED BY LAW, smugmug DISCLAIMS ANY WARRANTIES FOR THE SECURITY, RELIABILITY, TIMELINESS, ACCURACY, AND PERFORMANCE OF THE ITS WEBSITE AND THE SERVICES, AND DOES NOT WARRANT THAT THE PRODUCT DESCRIPTIONS OR OTHER CONTENT ON ITS WEBSTIE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT OR ERROR-FREE OR THAT THIS SITE, ITS SERVERS, OR E-MAIL SENT FROM smugmug ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

UNDER NO CIRCUMSTANCES SHALL smugmug BE LIABLE ON ACCOUNT OF YOUR USE OR MISUSE OF THE smugmug WEBSITE OR THE SERVICES, WHETHER THE DAMAGES ARISE FROM USE OR MISUSE OF THE smugmug WEBSITE OR THE SERVICES, FROM INABILITY TO USE THE smugmug WEBSITE OR THE SERVICES, OR THE INTERRUPTION, SUSPENSION, MODIFICATION, ALTERATION, OR TERMINATION OF THE smugmug WEBSITE OR THE SERVICES, OR VIEWING THE PHOTOS IT HOSTS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES. smugmug CANNOT BE HELD LIABLE FOR THE ACCIDENTAL LOSS OF PHOTOS ON ITS SITE, OR THE COPYING OF PHOTOS BY ITS USERS. OUR LIABILITY, AND THE LIABILITY OF OUR SUBSIDIARIES, EMPLOYEES, VENDORS AND SUPPLIERS, TO YOU IN ANY CIRCUMSTANCE IS LIMITED TO $100.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## INDEMNITY

You agree to indemnify and hold smugmug, its subsidiaries, affiliates, successors, assigns, directors, officers, agents, employees, service providers, and suppliers harmless from any dispute that may arise from your breach of these Terms of Use or violation of any representations or warranties contained in these Terms. You also agrees to hold smugmug harmless from any claims and expenses, including reasonable attorney's fees and court costs, related to any media or other material you provide to or post on smugmug.

## APPLICABLE LAW

By visiting smugmug.com, you agree that the laws of the State of California, without regard to principles of conflict of laws, will govern these Terms of Use and any dispute of any sort that might arise between you and smugmug.

## MERGER OR ACQUISITION

It is possible that as we continue to develop our website and our business, smugmug's Services and/or related assets might be acquired or transferred as part of a merger. In the event of such a transaction, you understand and agree that smugmug may assign its rights under these Terms and that your personal information may be transferred to the succeeding entity. You will be provided with reasonable notice and an opportunity to opt-out of the transfer.

## DISPUTES

Any dispute relating in any way to your visit to smugmug.com or to products you purchase through smugmug.com shall be submitted to confidential arbitration in Mountain View, California, except that, to the extent you have in any manner violated or threatened to violate smugmug's intellectual property rights, smugmug may seek injunctive or other appropriate relief in any state or federal court in the state of California, and you consent to exclusive jurisdiction and venue in such courts. Arbitration under this agreement shall be conducted under the rules then prevailing of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise. Any cause of action you may have with respect to your use of the Service must be commenced within one (1) year after the claim or cause of action arises.

## SITE POLICIES, MODIFICATION, AND SEVERABILITY

We reserve the right to make changes to our site, policies, and these Terms of Use at any time. Should you object to any terms and conditions of these Terms of Use or any subsequent modifications thereto or become dissatisfied with smugmug in any way, your only recourse is to immediately: (1) discontinue use of smugmug and (2) terminate your smugmug subscription help@smugmug.com. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

free trial! | login | help | search

## privacy policy

We hate spam And we care deeply about our own privacy when we visit websites & know you do too. We try to provide the same privacy here that we want for ourselves on other sites.

By visiting smugmug, you are accepting the practices described in this Privacy Notice.

- We don't sell, rent or loan your name, email address or personal Information to anyone.
- We work to protect the security of your subscription purchase during transmission by using Secure Sockets Layer (SSL) software, which encrypts information you input.
- We store certain private information such as your name and email address but provide you the option to display only a nickname
- We give you the option of creating private, password-protected galleries.
- We use cookies to make using the site more convenient, such as recognizing you automatically when you return.

Questions? Suggestions? Email us!

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.