USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al Doc. 2

TKL 4/25/05 12:55

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*21*

*PRFSVC.*

Dockets.Justia.com

JAMES W. HUSTON (BAR NO. 115596)
DAVID C. DOYLE (BAR NO. 70690)
KRISTINA M. HOY (BAR NO. 220167)
CHARLES S. EVENDORFF (BAR NO. 187119)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive, Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

FILED
05 APR 21 AM 1:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Plaintiffs
FOUR NAVY SEALS AND TWO JANE DOES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR NAVY SEALS AND JANE DOE,<br>Plaintiffs,<br>v.<br>ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,<br>Defendants. | Case No. 05 CV 0555 JM (JMA)<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 3811 Valley Centre Drive, Suite 500, San Diego, CA 92130.

On April 22, 2005, I served the following documents:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF PAUL HARRINGTON IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF E. ALAN PLATT IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF MACKUBIN THOMAS OWENS PH.D. IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

21

**DECLARATION OF JAMES BELLOWS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF JANE DOE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF DONALD MAC ASKILL IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF SCOTT MC KIERNAN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**DECLARATION OF KIMBERLEY CONKLIN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

**OBJECTION TO THE DECLARATION OF SETH HETTENA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE**

by placing a true copy thereof in a sealed envelope(s), addressed as follows, and serving as indicated below:

| | |
|---|---|
| **PERSONAL SERVICE:**<br>Robert G. Steiner, Esq.<br>LUCE FORWARD<br>600 West Broadway<br>Suite 2600<br>San Diego, California 92101<br>Telephone: (619) 236-1414<br>Facsimile: (619) 232-8311 | Attorneys for Defendants Associated Press and Seth Hettena |
| **VIA FACSIMILE (Brief) and UPS DELIVERY (all documents):**<br>David A. Schultz, Esq.<br>Audrey Critchley, Esq.<br>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.<br>230 Park Avenue<br>Suite 1160<br>New York, New York 10169<br>Telephone: (212) 850-6100<br>Facsimile: (212) 850-6299 | Attorneys for Defendants Associated Press and Seth Hettena |

☒ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Diversified Legal Services, Inc., P.O. Box 3969, San Diego, California 92163, to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☒ (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of Morrison & Foerster LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Services, Inc., for overnight delivery.

☒ (VIA FACSIMILE) I caused to be delivered to the fax number listed above before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which be filed with the court upon request.

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California, following ordinary business practices. I am familiar with the practice of Morrison & Foerster for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that this declaration was signed on April 22, 2005, at San Diego, California.

Marisela Hernandez