USDC SCAN INDEX SHEET



TKL 4/27/05 14:11

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*24*

*REQ.*

Dockets.Justia.co

JAMES W. HUSTON (BAR NO. 115596)
DAVID C. DOYLE (BAR NO. 70690)
KRISTINA M. HOY (BAR NO. 220167)
CHARLES S. EVENDORFF (BAR NO. 187119)
MORRISON & FOERSTER LLP
3811 Valley Centre Drive, Suite 500
San Diego, California 92130-2332
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Attorneys for Plaintiffs
FOUR NAVY SEALS AND JANE DOE

FILED
05 APR 26 PM 3:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FOUR NAVY SEALS AND JANE DOE,

Plaintiffs,

v.

ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,

Defendants.

Case No. 05 CV 0555 JM (JMA)

***EX PARTE* REQUEST FOR EXHIBIT 1 TO DECLARATION OF JANE DOE TO BE SEALED**

Date: May 6, 2005
Time: 11:00 a.m.
Ctrm: 6
Judge: Jeffrey Miller

24

1. Plaintiffs Navy SEALs and Jane Doe filed their Opposition to Defendants' Motion to Dismiss on Friday, April 22, 2005.

2. Exhibit 1 to the Declaration of Jane Doe filed concurrently with Plaintiffs' Opposition was inadvertently filed without a redaction.

3. The redaction is necessary to protect the identity of Plaintiff Jane Doe.

4. The Defendants know the identity of Jane Doe and will not be prejudiced by sealing Exhibit 1 to the Declaration of Jane Doe.

5. The crux of this action is about protecting the Plaintiffs' identities and the wrongful disclosure of their identities endangering their lives. The protection of Jane Doe's identity is necessary to protect her safety. Plaintiffs' Opposition to Defendants' Motion to Dismiss provides evidentiary support regarding the significance of protecting Jane Doe's identity.

6. On information and belief, the Declaration of Jane Doe has not yet been distributed to the public, and accordingly sealing the document will be effective in protecting her identity.

For the foregoing reasons, Plaintiffs respectfully request that Exhibit 1 to the Declaration of Jane Doe be filed under seal.

Dated: April 26, 2005

MORRISON & FOERSTER LLP

By: Kristina M. Hoy
Kristina M. Hoy

Attorneys for Plaintiffs
FOUR NAVY SEALS AND JANE DOE