USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al Doc. 2

TKL 4/28/05 9:35

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*25*

*O.*

Dockets.Justia.co

FILED

05 APR 26 PM 3:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR NAVY SEALS AND JANE DOE,<br>Plaintiffs,<br>v.<br>ASSOCIATED PRESS, a New York corporation; SETH HETTENA, an individual; and Does 1 through 50, inclusive,<br>Defendants. | Case No. 05 CV 0555 JM (JMA)<br><br>**[PROPOSED] ORDER** |

After consideration of Plaintiffs' *Ex Parte* Request for Exhibit 1 to Declaration of Jane Doe to be Sealed, the Court finds that GOOD CAUSE exists for the issuance of an order sealing Exhibit 1.

IT IS SO ORDERED.

Dated: April 26, 2005

Jeffrey Miller

Honorable Jeffrey Miller