USDC SCAN INDEX SHEET

Five Navy Seals, et al v. Associated Press, et al

Doc. 2

TKL 5/2/05 9:08

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*29*

*DECL.*

Dockets.Justia.com

Robert G. Steiner (Bar No. 027684)
Gregory D. Roper (Bar No. 087019)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway – Suite 2600
San Diego, CA 92101-3372
Telephone: (619) 236-1414
Facsimile: (619) 232-831

David A. Schulz (pro hac vice)
Seth D. Berlin
Audrey B. Critchley (Bar No. 228119)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
230 Park Avenue, Suite 1160
New York, NY 10169
Telephone: (212) 850-6100
Facsimile: (212) 850-6299

*Attorneys for DEFENDANTS*

FILED

05 APR 29 PM 12:42

BY: DEPUTY

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOUR NAVY SEALS, *et al.*<br>Plaintiffs,<br>vs.<br>ASSOCIATED PRESS, *et al.*<br>Defendants. | Case No. 05 CV 0555 JM (JMA)<br>**DECLARATION OF SETH D. BERLIN IN SUPPORT OF MOTION TO STRIKE [RULE 12(B)(6) AND C.C.P. § 425.16]**<br>Date: May 6, 2005<br>Time: 11:00 a.m.<br>Ctrm.: 6<br>Hon. Jeffrey T. Miller<br>Complaint filed: March 21, 2005 |

I, Seth D. Berlin, hereby declare:

1. I am a partner with Levine Sullivan Koch & Schulz, L.L.P., counsel to defendants The Associated Press ("AP") and Seth Hettena. I make this Declaration in support of AP and Hettena's motion to dismiss and/or strike the Complaint in its entirety ("Defendants' Motion"). The facts set forth herein are based on my personal knowledge and I would be competent to testify to them.

2. I have reviewed the declarations of Jane Doe, Kimberly Conklin and Donald MacAskill submitted by plaintiffs in support of their Opposition to Defendants' Motion ("Plaintiffs' Opposition"), and in particular the contentions concerning both the protections generally available for photographs posted on smugmug.com and whether those protections were used by Jane Doe in connection with her gallery of photographs.

3. To evaluate the assertions made in those declarations, I signed up for an account at smugmug.com on April 26, 2005 and later ordered several photographs from galleries on smugmug.com.

4. The homepage of smugmug.com, located at http://www.smugmug.com, provides a hypertext link to "sign up" for an account. A true and correct copy of this page is attached hereto as Exhibit A.

5. I clicked on that link, which led to a "sign up" page. To create an account, that page required me to provide certain personal information, as well as a credit card number for the annual fee. I was also required to select the level of service, and to verify that I had read and agreed to smugmug.com's terms of service. Finally, I was also requested to select and verify both a username and password (with a minimum of six characters) to protect the account information, including my credit card number. A true and correct copy of the page I completed, with password and credit card information redacted, is attached hereto as Exhibit B.

6. After signing up for an account, I was taken through several introductory and welcome pages, which invited me to create a gallery for photographs by visiting the "Create New Gallery" page. In addition to allowing me to add a title (I chose "My stuff") and other identifying information to my photo gallery, this page advised me that "[t]here are more options you can use to customize your gallery once it's been created, including security and privacy settings" and instructed me to "[u]se the 'customize gallery' button on the next page to see them all." Once I had clicked on the "create" button to create and access my new "My stuff" photo gallery, I clicked on the "customize gallery" button to access the security and privacy settings for it. True and correct copies of each of these pages are attached hereto as Exhibit C.

7. Clicking on the "customize gallery" button led to a page that listed many options I could choose to customize this gallery. A true and correct copy of this page, showing its default settings, is attached hereto as Exhibit D.

8. There were a wide range of privacy and security choices on this page. First, next to the heading **"Password,"** I had the option to add a password for this gallery, which would "prevent[ ] people from seeing this gallery without the password." I also had the option of including a "password hint" – *i.e.*, something that "will give your viewers a hint ('my dog's name') for the password." The default setting was that no password had been applied to my gallery of photographs, including the password I had selected in connection with my account information and credit card number (see ¶ 5 and Ex. B). The "**Password**" option was followed by a hypertext link "see help," which links to a "help" page that explains in detail the variety of privacy and security options for galleries and how to use them. A true and correct copy of this page is attached hereto as Exhibit E, at pages 1-2.

9. Second, by simply clicking a "Yes" or a "No" button next to the heading **"Public,"** I also had the option of choosing whether or not to make the gallery "public." The page explained that "public" means that a gallery is "visible in search results" for Internet search engines and "on your homepage." The default setting was that the gallery is "Public." Immediately above this option was a "**WARNING**" that others cannot "easily find your gallery if it's Private." This warning also included the hypertext link "(see help)," which leads to the same "help" page described above in Paragraph 8.

10. Third, by simply clicking a "Yes" or a "No" button next to the heading **"Printable?,"** I had the option of choosing whether to permit "people [to] order prints of these photos." The default setting was that people would be permitted to order prints. Immediately above this option appeared the following text: "**NOTE**: Want to block printing and copying? See this help section," which included a hypertext link to a second "help" page that explains in detail the options for blocking unwanted printing and copying of photographs. A true and correct copy of this page is attached hereto as Exhibit E, at pages 3-4.

11. I did not select a password and left the default choices for all of the options. On April 27, 2005, I added a photograph to this gallery. Accordingly, anyone in the world with an internet connection could view my photograph.

12. Within a few minutes of opening my account, I received what appeared to be an automated e-mail from smugmug.com's founders, Donald and Chris MacAskill, welcoming me to their service. The email explained that if I needed help, I could either use smugmug.com's "help" pages or contact a "real person" at smugmug.com, noting "[w]e read every customer e-mail every day and usually respond within hours." This e-mail, together with the various "help" pages described above, confirmed that smugmug.com would attempt to answer any questions about how the site worked, and its privacy, security, printing and viewing settings. This e-mail further stated that I could "share" my photographs with others simply by sending them the web address where my photographs are posted, and made no mention of needing to provide others with a password to access them. A true and correct copy of this email is attached hereto as Exhibit F.

13. While there is usually a short lag time until public website pages like mine are added to search engines such as Google, I expect that my photograph would shortly be included in such search engines. In the meantime, without logging into my account, I entered "Seth Berlin" in the "search" field in the upper right-hand corner of smugmug.com's homepage. I performed a similar search on the term "'My stuff.'" Each search returned results that included a hyperlink that led to the "My stuff" photo gallery I previously created. None of the pages requested at any point that I enter a password to access the gallery.

14. Once I accessed my gallery, I was able to click on an "add to cart" button to order a print of my photograph. I then proceeded through a series of additional steps to purchase a print of the photograph. Again, I was not required to enter a password to access the photo gallery, to add the photograph to my "shopping cart," or to purchase the print. In addition, I was not required to agree to smugmug.com's terms and conditions to access the photo gallery, to add the photograph to my cart, or to purchase the print.

15. Just to be certain that I could order prints of photographs stored by someone else on smugmug.com the same way I had ordered prints of my own photograph, I conducted a search using the term "'Grand Canyon.'" I added a photograph to my cart, and proceeded through the identical series of steps to purchase a print of the photograph. Again, at no point was I asked to enter a password or to agree to smugmug.com's terms and conditions.

16. Jane Doe's Declaration states, at ¶ 2: "[w]hen I signed up, I chose a password and *believed* that any photographs I stored on the site were password protected." Based upon my experience with the website, this clearly appears to be a reference to the selection of a password to protect her account information, not to invoke password protection for any photo gallery. Jane Doe also states, at ¶ 3, that she "uploaded th[e] photographs . . . on [her] personal smugmug.com webpage over a period of time in approximately the fall of 2003," but does not state that she selected a password for any of her *galleries* of photographs or activated any of the other security options offered by smugmug.com for those galleries. Jane Doe seems to acknowledge that the photos she uploaded were indeed publicly available when she states, at ¶ 4: "I feel awful about this, but the fact is that I thought nobody could access these photographs because *the site* was password protected" (emphasis added). She elsewhere admits, at ¶ 5, that "a search on www.google.com may have been able to locate one of the photographs" and that one could "search and find the photographs on the smugmug.com website" with a "word used to caption a group of photographs." These statements are consistent with my experiences using smugmug.com, as described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April 2005.

[signature]

Seth D. Berlin

free trial! | login | help | search

pro users:



power users:



standard users:



Your photos *online*. With *style*.



New to digital?
Quick tour 1 is for you!

Familiar with photo sharing?
Take quick tour 2.



more info | sign up | for pros

"Absolutely elegant."
— *NBC's Tech Now TV [8/03]*

"Smugmug's templates ... are elegant and sophisticated."
— *Walter Mossberg, WSJ [9/04]*

"The best balance between ease of use and options."
— *PC Magazine [3/16/04]*

"the buttery-smooth service..."
— *Maximum PC [2/05]*

PC — March 16, 2004 smugmug, inc.
KICK ASS — February 2005 smugmug, inc.

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

free trial! | login | help | search

You must agree to our Terms of Use to continue. Please try again.



**Welcome to smugmug!**
Your first 7 days are free.
If you're not delighted, cancel anytime during the next 7 days and your credit card will never be charged.

Point to verify

* required information

* email > sberlin@lskslaw.com

* verify email > sberlin@lskslaw.com *to check your typing*

* password > *at least 6 characters*

* verify password >

Your nickname will serve as your personal location on the net.
Example: 'superman' would be http://superman.smugmug.com/

* nickname (?) > SethBerlin *A-Z, 0-9, and - only. No spaces.*

* first name > Seth

* last name > Berlin

* name display (?) > First Last (nickname) *example: Clark Kent (superman)*

finally, please enter your billing information:

* street address > 1050 17th Street, NW

street address cont. > Suite 800 *optional*

* city > Washington

* state/region > D.C.

* zip/postal code > 20036

* country > United States

* phone number > 202 508-1100

We'll never charge your credit card if you cancel within 7 days.

* service level > Normal account. (7 day trial, then $29.95/year) what's the difference?

* credit card # > *Visa, MasterCard, Discover or American Express, please*

* exp. month/year > 05 05

To receive a discount, you must enter the email address that your friend uses on smugmug or a coupon code.

email / coupon > *optional*

We never spam. We hate it even more than you do. See our privacy policy

have you read and agreed to our terms of use?

* terms of use > Yes ◉ No ○

[redacted]

 © 2005 smugmug, inc.

your photos | logout | help | search

# Welcome to smugmug!

Your new home on the Internet is:

SethBerlin.smugmug.com

You can change your nickname and your Internet address will change automagically.

To start, click on your new address, above, and look for the **create gallery** button. That's all there is to it.






news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

## Seth Berlin (SethBerlin)'s home

(get stats & customize your site in your Control Panel)

create new gallery | control panel | account settings

## Welcome to smugmug!

You don't have any galleries yet, but you can go ahead and create as many as you'd like. Simply hit the "Create New Gallery" button above. Then, you can add as many photos to that gallery as you'd like.

your photos | logout | help | search

## create a new photo gallery

Category (?) > Other

SubCategory (?) > None Created Yet

*optional, you can add custom subcategories on your homepage*

Title (?) > My stuff

Other options > There are more options you can use to customize your gallery once it's been created, including security and privacy settings. Use the 'customize gallery' button on the next page to see them all.

create

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

your photos | logout | help | search | style: Elegant & Black |

Seth Berlin (SethBerlin)'s home > Other > **My stuff**

add photo | customize gallery | gallery stats | feature gallery | delete gallery | org...

This is a brand new gallery with no photos. Add one!

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

ATOM (what are these?) RSS

your photos | logout | help | search

## update photo gallery

want to move, caption, or crop photos? *look for Photo Tools under each photo!*

we have an excellent help section about all of these settings

**essentials** *at the very minimum, you must categorize and title your gallery*

| | | |
|---|---|---|
| Category (?) > | Other | |
| SubCategory (?) > | None Created Yet | *optional, you can add custom subcategories on your homepage* |
| Title (?) > | My stuff | |

**extras** *now, you can customize your gallery with special sections*

| | | |
|---|---|---|
| Description (?) > | | *optional, helps people know what your gallery is about* |
| Keywords (?) > | | *optional, assists with searching* |
| Password (?) > | | *optional, prevents people from seeing this gallery without the password (see help)* |
| Password Hint (?) > | | *optional, will give your viewers a hint ('my dog's name') for the password* |

**options** *a variety of options exist to finalize your customization*

WARNING: Your friends won't be able to easily find your gallery if it's Private. (see help)

| | | | |
|---|---|---|---|
| Public (?) > | Yes: ◉ | No: ○ | *is this visible in search results and on your homepage? can still share with ShareGroups if not* |
| Filenames (?) > | Yes: ○ | No: ◉ | *for photos without captions, show the filename instead of nothing?* |
| Comments (?) > | Yes: ◉ | No: ○ | *do you want people to read and post comments about your photos?* |
| Ext Links (?) > | Yes: ◉ | No: ○ | *are external links (eBay, forums, etc) allowed for this gallery?* |
| Camera Info (?) > | Yes: ◉ | No: ○ | *should extra camera information be visible?* |
| Easy Sharing (?) > | Yes: ◉ | No: ○ | *do you want the 'share with friends' button?* |
| Friends Edit (?) > | Yes: ○ | No: ◉ | *can your friends edit captions & keywords?* |
| Family Edit (?) > | Yes: ○ | No: ◉ | *can your family edit captions & keywords?* |

NOTE: Want to block printing and copying? See this help section.

| | | | |
|---|---|---|---|
| Printable? (?) > | Yes: ◉ | No: ○ | *can people order prints of these photos?* |
| Originals (?) > | Yes: ◉ | No: ○ | *can people view your Original full-size photos?* |
| Clean (?) > | Yes: ○ | No: ◉ | *hide description and update time on homepage?* |
| Hide Owner (?) > | Yes: ○ | No: ◉ | *hide your name and navigation?* |
| Sort By (?) > | Position | | *how would you like your photos sorted?* |
| Sort Direction (?) > | Ascending (1-99, A-Z, etc) | | *in which direction would you like them sorted?* |

**communities** *you're not a member of any smugmug photo communities. Join one!*

**new template?** *creating a template will save these settings for easy copying to other galleries*

Name (?) > a descriptive name for this template

update

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

**help sections**

**Viewing**
Your way
Finding stuff
Comments

**Preparing Photos**
They're huge!
Supported files

**Uploading**
Basics
Mac lovers
Java uploader
Camera phones
Speeding it up
Problems

**Galleries**
Creating
Deleting
Arrange photos
Move photos
Customizing
Feature photo
**» Privacy & security**
Categories

**Photos**
Captions
Cropping
Color effects
Deleting
Rotating
Zooming thumbs

**Home page**
Arrange galleries
Bio
Control panel
Feature gallery
Friends & family
Keywords
Timeline

**Sharing**
Via email
In forums & blogs
Communities
Sharegroups
Feeds

**Printing**
On your computer
Buying prints
Blocking printing
Auto or true color?

**Your Account**
Backups
Billing
Login problems
Referral program
Upgade & settings
Usage Stats

**Power Users**
Custom header

# Galleries: Privacy and security



In your home, *privacy* comes from drawing the drapes. *Security* comes from locking the door.

## Privacy

Your visitors cannot see a private gallery unless you have given them its Internet address (URL).

It will not appear in smugmug's search, nor in search engines like Google, nor by searching keywords or browsing subjects.

For you, however, the galleries will be displayed **but only when you're logged in** (private galleries have caused many moments of panic after they vanished upon logging out).

To make a gallery private, make sure you're logged in. Navigate to the gallery you want to make private and select the customize gallery button.

Public (?) > Yes: ○ No: ●

You'll see a checkbox part way down the page that enables you to choose between private and public.

## Security




You can have as many secure galleries as you like, each with its own password. Or use the same password for several galleries.

Unlike private galleries, titles for password-protected galleries display even when you're logged out, so your admirers can see them when they visit your home page. That means Google can also find them.

Like private galleries, however, they cannot be found by searching smugmug's search engine.

To set a password, make sure you're logged in. Navigate to the gallery you want to secure and select the customize gallery button. You'll see a text box part way down the page that enables you to choose a password. (Simply clear that box to remove security.)

Password (?) > Fido
Password Hint (?) > My loyal doggie

If you choose a password hint, your visitors will be prompted with it:

this gallery requires a password to continue
Hint: "My loyal doggie"
password >
submit

If you choose feature photo, the Password protected graphic will be replaced with one of your thumbnail-sized photos.

**Q:** I want to set one password for a group of galleries.
**A:** If you set the same password on multiple galleries, anyone who enters it will automatically be granted access to all galleries who share the identical password. Note that they must not DiFFEr In CaSe.

**Q:** Why doesn't my password-protected gallery require a password anymore?
**A:** For convenience, smugmug remembers that you are authorized to visit a gallery once you have correctly entered the password. You can revisit the gallery, provided you do so on the same computer, for 24 hours without having to enter it again. Anyone who visits the gallery for the first time, however, will be asked for the password even if you're not.

**Q:** How can I share multiple private galleries at once?
**A:** With ShareGroups.

**Q:** Ack! I forgot a gallery's password!
**A:** To see a password, simply follow the steps to set a password, above.

Adding bling
Adding video
Video format help

**Professional Users**
Custom hostname
Guest passwords
Image protection
Setting Print Prices
Reporting & payment
Buying more traffic

**Advanced**
Display color
Display quality
Print color
Print quality
Pleasing skin tone

**Real people**
Very cool forum
Email a person

**Trouble**
Cookies

**FAQ**
General

news | browse | keyword tags | message forum | shopping cart | hacking | smugmug gear | prints & gifts
about us | privacy | terms of use | contact smugmug | © 2005 smugmug, inc.

your photos | logout | help | search | color: Black

help sections

**Viewing**
Your way
Finding stuff
Comments

**Preparing Photos**
They're huge!
Supported files

**Uploading**
Basics
Mac lovers
Java uploader
Camera phones
Speeding it up
Problems

**Galleries**
Creating
Deleting
Arrange photos
Move photos
Customizing
Feature photo
Privacy & security
Categories

**Photos**
Captions
Cropping
Color effects
Deleting
Rotating
Zooming thumbs

**Home page**
Arrange galleries
Bio
Control panel
Feature gallery
Friends & family
Keywords
Timeline

**Sharing**
Via email
In forums & blogs
Communities
Sharegroups
Feeds

**Printing**
On your computer
Buying prints
» **Blocking printing**
Auto or true color?

**Your Account**
Backups
Billing
Login problems
Referral program
Upgrade & settings
Usage Stats

**Power Users**
Custom header

# Printing: Blocking it

Most pro photographers are concerned about copyright infringement and unauthorized printing. Here are some options to help:




## Turning off printing

When you customize a gallery, you have the option to have an *order prints and gifts* button appear below each photo, or not. It's the *printable* option you see when you create or customize a gallery.

## Blocking access to your originals (and the large size)

A good print requires high resolution, which usually implies that the high-res original you uploaded is needed, not the lower-resolution display copies that appear on smugmug. When you customize a gallery, you have the option to block access to your originals. You can also choose to turn off the option to see the large size (800 pixels).

When your admirers order prints, the high-resolution original is still sent to the printer.

## Image protection

Professional account subscribers can choose to foil right-clicking on their photos on a gallery-by-gallery basis. Simply choose the *customize gallery* button and scroll down to find the *protected* option.



It still allows the user to right-click, save as... (after they see a copyright notice dialog) but the image that gets saved is blank.

## Watermarks

Professional account subscribers can place a *proof* watermark on any image that's larger than 800 pixels on one side.

Watermarks will not appear on prints ordered through the print button.

To provide watermarking in bulk as you upload images, choose the *customize gallery* button. Near the bottom of the page, you'll see an option to watermark all photos as they're uploaded.

To add a watermark or remove one from photos already in your gallery, choose the *Bulk Watermark* option in the photo tools pull-down menu below each photo.

Every thumbnail in your gallery will be displayed. Simply click to select them. They'll be hightlighted with red borders. Click the *watermark* button.




**Gotchas:** We do not watermark photos whose longest size is equal to or less than 800 pixels because a display copy and the original are the same image. We can't watermark the original because it would interfere with printing.

You must block access to your originals to make watermarking effective, because originals are not watermarked.

## Blocking sharing

By default, a *share with friends, forums* button appears in each gallery unless you suppress it by customizing your gallery. That button does provide the URL to photos so some people feel more secure by leaving it off.

## Blocking external links

Adding bling
Adding video
Video format help

**Professional Users**
Custom hostname
Guest passwords
Image protection
Setting Print Prices
Reporting & payment
Buying more traffic

**Advanced**
Display color
Display quality
Print color
Print quality
Pleasing skin tone

**Real people**
Very cool forum
Email a person

**Trouble**
Cookies

**FAQ**
General

Don't want someone embedding your photo in a forum post? You can block that too, but note that many a person has forgotten they've done so and wondered why their own photos don't appear in the forum posts they create.

**Seth Berlin**

**From:** smugmug new user [help@smugmug.com]
**Sent:** Tuesday, April 26, 2005 6:28 PM
**To:** Seth Berlin
**Subject:** Welcome to smugmug!

Welcome to Smugmug!

You can get right to work uploading, organizing, and shamelessly showing off. Want help? http://www.smugmug.com/help Want a real person? help@smugmug.com. We love to hear from you.

When you're ready to share, simply send your friends to your personal home page: http://SethBerlin.smugmug.com

You can save a friend $5 on a smugmug subscription and earn $10! It's simple: have your friend enter the email address you use at smugmug (sberlin@lkslaw.com) in the 'Referred by' field on the signup form. We can credit your smugmug account right now, or soon, we hope to have PayPal payments. It's your choice.

That's all it takes to make $10 and save them $5. Have 3 friends? Your first year at smugmug could be free.

More information: http://www.smugmug.com/help/acctref

Let us know how you like the system and what we can improve. We read every customer email every day and usually respond within hours.

Don & Chris MacAskill
founders@smugmug.com