USDC SCAN INDEX SHEET



TKL 6/10/05 14:56

3:05-CV-00555 FIVE NAVY SEALS V. ASSOCIATED PRESS

*35*

*DOGR.*

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 10 PM 1:29
BY: DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Miller

FROM: C. Silva, Deputy Clerk RECEIVED DATE: 6/8/05

CASE NO.: 05cv555 JM (JMA) DOCUMENT FILED BY: Plaintiffs

CASE TITLE: Four Navy Seals v. Associated Press

DOCUMENT ENTITLED: Reply to Deft's Augmentation of Record by Recent Documents

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☒ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself /Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

**Date forwarded:** 6/8/05

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 6-9-05 By: Cm

cc: All Parties

35

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]